



FILED

SEP 17 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Charles Jamison
9580 Oak Ave Parkway, #7-184
Folsom, CA 95630
Telephone: (916) 878-8930
Email: catman916@ymail.com
Plaintiff / Movant – Self-Represented

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: ROSEMARY JAMISON, Debtor.
Case No. 2:2025-bk-23916

# EX PARTE MOTION TO SHORTEN TIME ON HEARING FOR MOTION TO DISMISS BANKRUPTCY FOR FRAUD

## I. INTRODUCTION

Movant, Charles Jamison, respectfully moves this Court, on an ex parte basis, for an order shortening time for hearing on the Motion to Dismiss Bankruptcy for Fraud and Bad Faith filed concurrently herewith.

## II. GOOD CAUSE EXISTS TO SHORTEN TIME

1. The Debtor's bankruptcy petition was filed in bad faith and with fraudulent intent, including concealment of community property, false schedules, and a history of serial bankruptcy abuse.

2. Unless this matter is heard on shortened time, the Debtor will continue to enjoy the automatic stay protections of bankruptcy, preventing lawful creditor remedies and enabling continued abuse of the bankruptcy system.

3. The Debtor is using this fraudulent filing specifically to postpone trustee sale dates and prolong unlawful occupancy of the home, while tying the property up under bankruptcy protection as a means of abuse and fraud — not for legitimate bankruptcy relief or real financial protection.

4. The Debtor and her co-conspirators have also withheld two other properties from disclosure, with the intent to defraud the Bankruptcy Court and conceal true community assets.

5. Immediate hearing is necessary to protect the interests of creditors, prevent further fraud upon the Court, and maintain the integrity of the bankruptcy process.

## III. REQUEST          PROPOSED ORDER ATTACHED

Movant respectfully requests that the Court:

- Set the hearing on the Motion to Dismiss Bankruptcy for Fraud and Bad Faith on shortened time, at the earliest possible date convenient to the Court. or on 9-23-25
- Provide that any opposition be filed no later than [insert date, usually 2–3 court days before the hearing].
- Grant such other relief as the Court deems just and proper.

## IV. CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court issue an Order Shortening Time and set the Motion to Dismiss for immediate hearing.


Dated: September 17, 2025
Respectfully submitted,


Charles Jamison
Plaintiff/Movant

**PROOF OF SERVICE**

I, Charles Jamison, declare as follows:

1. I am over the age of 18 and not a party to this case. My address is 9580 Oak Ave Parkway, #7-184, Folsom, CA 95630.

2. On September 17, 2025, I served the following documents in the above-captioned case:
  - Motion to Dismiss Bankruptcy Case for Fraud, Abuse of Process, and Bad Faith Filing, With Prejudice
  - Ex Parte Application to Shorten Time (if applicable)
  - Exhibit Index with supporting documents

3. I served the documents by the following method(s):

☐ (CM/ECF Electronic Filing) – By filing the documents electronically using the Court's CM/ECF system, which sent notice to all registered users in this case.

☐ (U.S. Mail) – By placing a true and correct copy of the documents in a sealed envelope, postage fully prepaid, and depositing it with the United States Postal Service addressed as follows:

  - Rosemary Jamison (Debtor)
    201 American River Canyon Dr.
    Folsom, CA 95630

  - Edward Santiago (Interested Party)
    8569 Sheraton Dr.
    Fair Oaks, CA 95628

  - Lori Santiago (Interested Party)
    [Insert last known address]

  - Office of the United States Trustee
    501 I Street, Suite 7-500
    Sacramento, CA 95814

  - PennyMac Loan Services, LLC (Creditor/Mortgagee)
    Attn: Bankruptcy Department
    P.O. Box 514387

☐ (Personal Service / Overnight Delivery / Other) –
[Specify if used].

I declare under penalty of perjury under the laws of the
United States that the foregoing is true and correct.

Executed on: September 17, 2025
at Folsom, California.

Signature: _____
Charles Jamison

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

**In re:**
ROSEMARY JAMISON, Debtor.
Case No. 25-23916-b-7
Chapter 7

# ORDER SHORTENING TIME FOR HEARING ON MOTION TO DISMISS BANKRUPTCY CASE FOR FRAUD

Upon consideration of the Ex Parte Application for Order Shortening Time filed by Charles Jamison, Husband / Party in Interest, and good cause appearing, IT IS HEREBY ORDERED: 1. The Motion to Dismiss Bankruptcy Case for Fraud, Abuse of Process, and Bad Faith Filing (the "Motion") shall be set for hearing on: [Insert Hearing Date & Time] in Courtroom [Insert Courtroom Number], United States Bankruptcy Court, Eastern District of California, Sacramento Division. 2. Opposition or response to the Motion shall be filed and served on or before: [Insert Deadline]. 3. Charles Jamison shall serve this Order, the Motion, and all supporting documents on the Debtor, Debtor's counsel (if any), the United States Trustee, PennyMac Loan Services, LLC, and all parties in interest by no later than: [Insert Service Deadline]. 4. Such service may be made by overnight mail, personal service, electronic mail (if consented), or any other method reasonably calculated to ensure prompt receipt. IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit:
PROPOSED ORDER
submitted by PRO SE FILER