

FILED

SEP 1 7 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:
ROSEMARY JAMISON, Debtor.

Case No. 25-23916-b-7
Chapter 7

CHARLES JAMISON,
Husband / Party in Interest,

**MOTION TO DISMISS BANKRUPTCY CASE FOR FRAUD, ABUSE OF PROCESS, AND BAD FAITH FILING, WITH PREJUDICE**

**Relief Sought**

Plaintiff Charles Jamison ("Plaintiff"), Husband and Party in Interest, respectfully moves this Court to dismiss Debtor's bankruptcy case with prejudice for fraud, abuse of process, and bad faith filing. Plaintiff further seeks sanctions, and referral of this matter, along with all supporting evidence, to the United States Trustee, the Federal Bureau of Investigation, and the District Attorney's Office for criminal prosecution.

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.
2. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A) & (J).
3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**II. PARTIES**

4. Plaintiff, Charles Jamison, is the spouse of the Debtor and a party in interest.
5. Defendant, Rosemary Jamison ("Debtor"), is the debtor in Case No. 25-23916-b-7 filed in this Court.

**III. FACTUAL BACKGROUND**

6. On or about June 5, 2025, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

7. Debtor's schedules and statements omit substantial community property, including, but not limited to:

Real property interests in 6100 Stonehard Ave. and 6003 Kuvasz Court, Citrus Heights, California.
- Over $135,000 luxury purse collection, with an additional $40,000 concealed.
- Jewelry totaling over $32,000 with appraisals, plus more items documented only by photographs.
- Over $25,000 in designer clothing.
- Household furnishings valued at over $150,000, not disclosed.
- False statement of $600 monthly childcare expense, despite sworn testimony of nanny employment.
- False mortgage expense claims, despite never having made a payment.
- Misrepresentation of marital separation date as May 2023, when it was June 16, 2025.
- Concealment of expected insurance settlement proceeds.

8. Debtor also caused notice of this bankruptcy to be mailed to an address where Plaintiff does not receive mail, and illegally withheld Plaintiff's mail for approximately 60 days.

9. Debtor has a long history of bankruptcy abuse, beginning with a 2007 fraudulent filing and continuing with over 100 false bankruptcies designed to stall trustee sales, leading to FBI investigation and federal indictment (U.S. v. Jamison, Case No. 2:11-cr-0028 LHK).

10. In 2023, Rosemary and her mother, Lori Santiago, filed false restraining orders against individuals they had never met to break leases and avoid early move-out fees.

11. Debtor is repeating the same scheme today. Her current bankruptcy was filed solely to stop a pending trustee sale on her primary residence at 201 American River Canyon Drive, Folsom, California. (Exhibit 10).

12. Debtor also took a luxury Costa Rica vacation with three others in May 2025, while on FMLA leave, just one month before filing bankruptcy, undertaken with intent to incur debt prior to discharge. (Exhibit 13).

## IV. INSIDER ABUSE OF LEGAL SYSTEM
13. Debtor has abused her professional knowledge and insider access to the legal system in furtherance of these fraudulent schemes.

14. Under 11 U.S.C. § 707(a), this case should be dismissed "for cause," including bad faith and abuse of process.

15. Under 11 U.S.C. § 707(b), the case is an abuse of Chapter 7 because the Debtor has concealed assets, misstated income and expenses, and attempted to manipulate the bankruptcy system.

16. Under 11 U.S.C. § 727(a)(2)–(4), Debtor is not entitled to discharge because:

- She concealed property with intent to defraud creditors.
- She knowingly and fraudulently made false oaths.
- She obstructed notice by withholding Plaintiff's mail.
- She misrepresented financial obligations.
- She concealed community assets worth over $1 million.
- She filed fraudulent expense claims.
- She took a luxury Costa Rica vacation one month before filing, intending to run up debt.
- She has a documented pattern of fraudulent bankruptcy filings.
- She conspired with Lori Santiago and Edward Santiago.

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Dismiss Case No. 25-23916-b-7 with prejudice;

B. Impose sanctions for bad faith filing;

C. Forward this case, including all evidence of fraudulent conduct, to the United States Trustee, the FBI, and the District Attorney's Office for criminal investigation and prosecution;

D. Grant such other and further relief as this Court deems just and proper.


DATED: September 17, 2025

Respectfully submitted,

/s/ Charles Jamison

CHARLES JAMISON
Husband / Party in Interest, Pro Se

Phone: 916-878-8930
Email: catman916@ymail.com
Address: 9580 Oak Ave Parkway, #7-184
Folsom, CA 95630

# EXHIBIT INDEX

## Exhibit 1

Grant Deeds showing community ownership interest in 6100 Stonehand Ave. and 6003 Kuvasz Court, including undisclosed transfers within the last two years made in conspiracy with Lori and Edward Santiago, demonstrating fraudulent concealment and malicious intent.

## Exhibit 2

Text Message from Lori Santiago referencing refinance.

## Exhibit 3

Text Messages from Rosemary and Lori Santiago confirming that Rosemary and Plaintiff remain the true owners of the properties even after the deed transfers, with Lori acknowledging Plaintiff paid for the houses and she was 'just on deed.'

## Exhibit 4

Transcript/Recording of Rosemary bragging about insider knowledge.

## Exhibit 5

Statement/Text from Lori Santiago admitting conspiracy with Rosemary.

## Exhibit 6

Evidence of Rosemary later repeating DVRO fraud.

## Exhibit 7

Appraisals of properties at issue.

## Exhibit 8

Copies of Rosemary's fraudulent bankruptcy filings from 2007.

## Exhibit 9

FBI Case No. 2:11-cr-0028 LHK involving foreclosure rescue scam.

## Exhibit 10

PennyMac statement showing trustee sale date at time of filing.

## Exhibit 11

Photographs/appraisals of jewelry totaling $32,000 concealed.

## Exhibit 12

Photographs/receipts of luxury purse collection over $135,000 concealed.

## Exhibit 13

Records of Rosemary's luxury Costa Rica vacation trip while on FMLA leave.

## Exhibit 14

Additional evidence, exhibits, audio, video recordings, and sworn testimony to be filed later.

# Declaration of Charles Jamison

Case Number: 2:2025bk23916 (25-23916)

Plaintiff: Charles Jamison

Defendant: Rosemary Jamison

Plaintiff Contact:

Phone: 916-878-8930

Email: catman916@ymail.com

## Statement of Facts

1. Community Property & Ownership

   There are two other properties Rosemary and I (her husband) have 100% interest in:

   - 6100 Stonehand Avenue
   - 6003 Kuvasz Court

   Both located in Citrus Heights, California.

We have owned these properties for years. On September 21, 2023, we deeded the properties to her parents for refinance purposes only. We still hold true ownership. In reality, this transfer was part of Rosemary's scheme to commit bankruptcy fraud.

2. Concealment of Community Debts

Rosemary has intentionally omitted substantial community debts from her bankruptcy filings

3. History of Fraud & Abuse of System

Rosemary has a long pattern of fraudulent filings and abuse of the legal system:

- Filed over 100 false bankruptcies in the past.
- Was named a suspect in FBI case United States v. Jamison, Case No. 11-cr-0028, a case in which I ultimately took the blame for her false filings to stop sale dates on properties in forclosure , a crime she is commiting today again
- In 2007 Rosemary filed a BK to learn the process fully before starting her BK scam , bk case 2:2007bk24469
- The federal case was directly tied to Rosemary's scheme of filing fraudulent bankruptcies to stop foreclosure sale dates on homes. The property she did list in this current case was already due to have a sale date any day, which was the true reason she filed this fraudulent bankruptcy — to unlawfully delay the foreclosure process.
- Filed false DVROs in the past for financial gain and to evade obligations, including in 2023, when she filed a fake DVRO to break a lease on a rental property, demonstrating her ongoing pattern of fraud for profit.
- Currently employed as a court mediator in Placer County and previously worked for a divorce lawyer. She is abusing her position and knowledge of the legal system to commit fraud again.

4. Concealment of Assets

Rosemary failed to disclose major community assets, including but not limited to:

- Over $150,000 designer purse collection (Birkin, Chanel, and other luxury brands).
- Claimed only $700 in clothing, when in fact she owns over $20,000 in designer clothing.
- Additional jewelry collections supported by professional appraisals.
- Over $100,000 worth of home furnishings in the marital residence, purchased only six years ago. None of these were disclosed.

5. False Separation Date

Rosemary falsely claims the date of separation was May 2023, when the true date is June 16, 2025. This

This falsehood was made with multiple fraudulent purposes:

- To gain a favorable outcome in her bankruptcy.
- To avoid liability for community debts accrued in the last two years.

- To evade future alimony obligations as 20 years doesn't have the same legal significance in California as the 10-year mark does, and we been married over 21 years now, but claiming we spit up 2 years ago makes it appear to be a 19-year marriage

- To defraud me of community debts that we jointly incurred during the marriage.

6. False Expense Reporting

   Rosemary claimed nanny care expenses at $600/month, when the actual cost was $3,000/month.

7. Lack of Contribution

   Rosemary has never contributed financially toward the mortgages or expenses of any of the three properties, nor to other significant community assets, on bk filing makes it appear she has been paying bills in the past

8. FMLA Fraud & Costa Rica Vacation

   While on FMLA leave, Rosemary committed fraud by taking a luxury vacation to Costa Rica from June 5, 2025 – June 10, 2025.

   This was done with the intent to incur additional debt immediately prior to filing her fraudulent bankruptcy, further proving her pattern of deception. Along with serveral lavish purchase the last 12 months leading up to her Fraudulant Bankruptcy filing

9. Supporting Evidence

   I have evidence supporting all of the above claims, including:

- Appraisals for concealed jewelry.
- Photographs of purse collection (Birkin, Chanel, etc.).
- Court and case records of prior false DVROs and bankruptcies.

- Federal case reference United States v. Jamison, Case No. 11-cr-0028, showing the scheme to file fraudulent bankruptcies to delay home foreclosure sales.
- Proof of the 2023 fake DVRO filed to break a lease on a rental property.
- Property deeds, financial statements, and documents confirming ownership of the two properties transferred to her mother under false pretenses.
- Receipts, photos, and appraisals for household furnishings valued over $100,000.
- Rosemary's Costa Rica itinerary, proving she vacationed while on FMLA leave just weeks before filing bankruptcy.

---

## Conclusion

The evidence clearly demonstrates that Rosemary Jamison has engaged in a deliberate and ongoing pattern of fraud, concealment of assets, abuse of bankruptcy protections, and misuse of the court system.This filing is purely to stop sale date on property at 201 American river canyon drive and coming bk fraud by canceling our other 2 properties

Her fraudulent actions include:

- Concealing community property and debts.
- Falsifying the date of separation to avoid liability and future obligations.
- Filing false DVROs and bankruptcies to gain financial advantage and delay foreclosures.
- Misrepresenting expenses and income.
- Taking on additional debt while on FMLA leave, just prior to filing for bankruptcy.

These acts constitute bankruptcy fraud, abuse of process, and intentional deception. For these reasons, her bankruptcy filing should be dismissed in its entirety and referred for further review of fraud and misconduct.

---

## Verification

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on: _____9 – 16_____, 2025

At: __Secrement to  CA_____ (City, State)

Signature: _____

Charles Jamison

# Exhibit 1

Grant Deeds showing community ownership interest in 6100 Stonehand Ave. and 6003 Kuvasz Court, including undisclosed transfers within the last two years made in conspiracy with Lori and Edward Santiago, demonstrating fraudulent concealment and malicious intent.

Recording requested by:
Heather c. Johnston, Esquire
Sapphire Law Group
111 Woodmere Road, Suite 240
Folsom, California 95630

When recorded mail to and mail tax
statements to:
Charles and Rosemary Jamison
201 American River Canyon Drive
Folsom, California 95630



**Sacramento County**
**Donna Allred, Clerk/Recorder**

| | | | |
|---|---|---|---|
| Doc # **202102251019** | | Fees | $101.00 |
| 2/25/2021   11:31:30 AM | | Taxes | $0.00 |
| JMJ | | PCOR | $0.00 |
| Titles | 1 | | |
| Pages | 3 | Paid | $101.00 |

Above Space for Recorder's Use Only

## GRANT DEED

APN: 209-0740-053-0000

The undersigned grantor(s) declare(s):

Documentary Transfer Tax is $ None_ R&T Code section 11911. Bona fide gift.

☐ Exempt from fee pursuant to GC section 27388.1(a)(2), recorded concurrently "in connection with"
a transfer of real property that is a residential dwelling to an owner-occupier

☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area     ☒ City of Citrus Heights

FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged

GRANTOR(S): **EDWARD T. SANTIAGO** and **LORI D. SANTIAGO**, husband and wife,
as joint tenants

hereby grant(s) to:

GRANTEE(S): **CHARLES JAMISON** and **ROSEMARY JAMISON**, husband and wife,
as community property with right of survivorship

the following described real property in the City of Citrus Heights, County of
Sacramento, State of California:

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF

**Commonly known as: 6003 Kuvasz Court, Citrus Heights, California**

Date: 2-12-2021

Edward T. Santiago

Date: 2-12-2021

Lori D. Santiago

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ *Sacramento*

On *February 12, 2021* before me, *DeAnna Marie Gocken, notary public*
(insert name and title of officer)
personally appeared Edward T. Santiago and Lori D. Santiago who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



DEANNA MARIE GOCKEN
Notary Public - California
Sacramento County
Commission # 2266659
My Comm. Expires Nov 20, 2022

**EXHIBIT A**

**Legal Description**

Lot 53, as shown on the Map entitled Antelope Station Unit No. 1, filed July 13, 1994, in the Office of the Sacramento County Recorder; California, in Book 233 of Maps, Map No. 5, records of said County.

Excepting therefrom all minerals and mineral rights, interests and royalties, including without limiting the generality thereof, oil, gas and other hydrocarbon substances, as well as metallic or other solid minerals, in and under said property; provided however, said reservation of rights shall pertain only to that portion of said property; without, however, rights for any purpose whatsoever to enter upon, into or through the surface of said property in connection therewith, as reserved in the Deed recorded March 17, 1989 in Book 890317 of Official Records, at Page 1152



Recording requested by:
Heather Johnston, Esquire
Sapphire Law Group
111 Woodmere Road, Suite 240
Folsom, California 95630

When recorded mail to and mail tax
statements to:
Charles and Rosemary Jamison
201 American River Canyon Drive
Folsom, California 95630

**Sacramento County**
**Donna Allred, Clerk/Recorder**
Doc # **202102251021**

| | | | |
|---|---|---|---|
| 2/25/2021 | 11:31:30 AM | Fees | $101.00 |
| JMJ | | Taxes | $0.00 |
| Titles | 1 | PCOR | $0.00 |
| Pages | 3 | Paid | $101.00 |

Above Space for Recorder's Use Only



## GRANT DEED

APN: 209-0184-015-0000

The undersigned grantor(s) declare(s):

Documentary Transfer Tax is $ None   R&T Code section 11911.  Bona fide gift.

☐ Exempt from fee pursuant to GC section 27388.1(a)(2), recorded concurrently "in connection with"
a transfer of real property that is a residential dwelling to an owner-occupier

☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area    ☒ City of Citrus Heights

FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged

GRANTOR(S): **EDWARD T. SANTIAGO** and **LORI D. SANTIAGO**, husband and wife,
as community property with right of survivorship

hereby grant(s) to:

GRANTEE(S): **CHARLES JAMISON** and **ROSEMARY JAMISON**, husband and wife,
as community property with right of survivorship

the following described real property in the City of Citrus Heights County of
Sacramento, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

**Commonly known as: 6100 Stonehand Avenue, Citrus Heights, California 95621**

Date: 2-12-2021

Date: 2-12-2021

Edward T. Santiago

Lori D. Santiago

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sacramento_

On _February 12, 2021_ before me, _DiAnna Marie Gocken, notary public_
(insert name and title of officer)
personally appeared _Edward T. Santiago and Lori D. Santiago_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _DiAnna Marie_ _____ (Seal)



DEANNA MARIE GOCKEN
Notary Public - California
Sacramento County
Commission # 2266639
My Comm. Expires Nov 20, 2022

## EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s):  209-0184-015-0000**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 2, AS SHOWN ON THE "PLAT OF WEST GRAND OAKS UNIT NO. 1", RECORDED OCTOBER 6, 1959, IN BOOK 57 OF MAPS, MAP NO. 12, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES IN OR ON SAID LAND, BELOW A DEPTH OF 100 FEET FROM THE SURFACE OF SAID LAND, TOGETHER WITH THE RIGHT TO PRODUCE, DEVELOP, EXPLORE AND EXTRACT SAID SUBSTANCES, BUT WITHOUT THE RIGHT OF ENTRY ON THE SURFACE OF SAID LAND, OR WITHIN 100 FEET FROM THE SURFACE OF SAID LAND FOR SUCH PURPOSES, AS EXCEPTED IN DEED RECORDED OCTOBER 6, 1959, IN BOOK 3989 OF OFFICIAL RECORDS, AT PAGE 151.

ALSO EXCEPTING THEREFROM ALL THAT PORTION OF LAND AS DEEDED IN GRANT DEED TO CITY OF CITRUS HEIGHTS, A MUNICIPAL CORPORATION, RECORDED JULY 21, 2005, BOOK 20050721 PAGE 2116, SACRAMENTO COUNTY RECORDS.

APN:   209-0184-015-0000



Recording requested by:
Heather C. Johnston, Esquire
Sapphire Law Group
111 Woodmere Road, Suite 240
Folsom, California 95630

When recorded mail to and mail tax
statements to:
Charles and Rosemary Jamison
201 American River Canyon Drive
Folsom, California 95630

**Sacramento County**
**Donna Allred, Clerk/Recorder**
Doc # **202102251022**

| | | | |
|---|---|---|---|
| 2/25/2021 | 11:31:30 AM | Fees | $101.00 |
| JMJ | | Taxes | $0.00 |
| Titles | 1 | PCOR | $0.00 |
| Pages | 3 | Paid | $101.00 |

Above Space for Recorder's Use Only

## GRANT DEED

APN: 209-0184-015-0000

The undersigned grantor(s) declare(s):

Documentary Transfer Tax is $ None   R&T Code section 11925.  The grantors and grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property.

☐ Exempt from fee pursuant to GC section 27388.1(a)(2), recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier

☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area   ☒ City of Citrus Heights

FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged

GRANTOR(S): **CHARLES JAMISON** and **ROSEMARY JAMISON**, husband and wife, as community property with right of survivorship

hereby grant(s) to:

GRANTEE(S): **CDK Investments, LLC**, a California limited liability company

the following described real property in the City of Citrus Heights County of Sacramento, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

**Commonly known as: 6100 Stonehand Avenue, Citrus Heights, California 95621**

Date: 02-12-2021

Charles Jamison

Date: 02/12/2021

Rosemary Jamison

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sacramento_

On _February 10, 2021_ before me, _DeAnna Marie Gocken, notary public_
(insert name and title of officer)
personally appeared _Charles Jamison, Rosemary Jamison_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____        (Seal)



DEANNA MARIE GOCKEN
Notary Public - California
Sacramento County
Commission # 2266659
My Comm. Expires Nov 20, 2022

## EXHIBIT "A"
### Legal Description

For APN/Parcel ID(s): 209-0184-015-0000

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 2, AS SHOWN ON THE "PLAT OF WEST GRAND OAKS UNIT NO. 1", RECORDED OCTOBER 6, 1959, IN BOOK 57 OF MAPS, MAP NO. 12, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES IN OR ON SAID LAND, BELOW A DEPTH OF 100 FEET FROM THE SURFACE OF SAID LAND, TOGETHER WITH THE RIGHT TO PRODUCE, DEVELOP, EXPLORE AND EXTRACT SAID SUBSTANCES, BUT WITHOUT THE RIGHT OF ENTRY ON THE SURFACE OF SAID LAND, OR WITHIN 100 FEET FROM THE SURFACE OF SAID LAND FOR SUCH PURPOSES, AS EXCEPTED IN DEED RECORDED OCTOBER 6, 1959, IN BOOK 3989 OF OFFICIAL RECORDS, AT PAGE 151.

ALSO EXCEPTING THEREFROM ALL THAT PORTION OF LAND AS DEEDED IN GRANT DEED TO CITY OF CITRUS HEIGHTS, A MUNICIPAL CORPORATION, RECORDED JULY 21, 2005, BOOK 20050721 PAGE 2116, SACRAMENTO COUNTY RECORDS.

APN:   209-0184-015-0000



Recording requested by:
Heather C. Johnston, Esquire
Sapphire Law Group
111 Woodmere Road, Suite 240
Folsom, California 95630

When recorded mail to and mail tax statements to:
Charles and Rosemary Jamison
201 American River Canyon Drive
Folsom, California 95630

Sacramento County
Donna Allred, Clerk/Recorder
Doc # **202102251020**
2/25/2021    11:31:30 AM
JMJ
Titles        1
Pages        3

| | |
|---|---|
| Fees | $101.00 |
| Taxes | $0.00 |
| PCOR | $0.00 |
| Paid | $101.00 |

Above Space for Recorder's Use Only

## GRANT DEED

APN: 209-0740-053-0000

The undersigned grantor(s) declare(s):

Documentary Transfer Tax is $ None   R&T Code section 11925. The grantors and grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property.

☐ Exempt from fee pursuant to GC section 27388.1(a)(2), recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier

☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area        ☒ City of Citrus Heights

FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged

GRANTOR(S): **CHARLES JAMISON** and **ROSEMARY JAMISON**, husband and wife, as community property with right of survivorship

hereby grant(s) to:

GRANTEE(S): **CDK Investments, LLC**, a California limited liability company

the following described real property in the City of Citrus Heights, County of Sacramento, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

**Commonly known as: 6003 Kuvasz Court, Citrus Heights, California**

Date: 2-12-2021

Charles Jamison

Date: 02/12/2021

Rosemary Jamison

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sacramento_

On _February 12, 2021_ before me, _DeAnna Marie Gocken, notary public_
(insert name and title of officer)
personally appeared Charles Jamison and Rosemary Jamison who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



DEANNA MARIE GOCKEN
Notary Public - California
Sacramento County
Commission # 2266659
My Comm. Expires Nov 20, 2022

**EXHIBIT A**

<u>**Legal Description**</u>

Lot 53, as shown on the Map entitled Antelope Station Unit No. 1, filed July 13, 1994, in the Office of the Sacramento County Recorder; California, in Book 233 of Maps, Map No. 5, records of said County.

Excepting therefrom all minerals and mineral rights, interests and royalties, including without limiting the generality thereof, oil, gas and other hydrocarbon substances, as well as metallic or other solid minerals, in and under said property; provided however, said reservation of rights shall pertain only to that portion of said property; without, however, rights for any purpose whatsoever to enter upon, into or through the surface of said property in connection therewith, as reserved in the Deed recorded March 17, 1989 in Book 890317 of Official Records, at Page 1152

RECORDING REQUESTED BY:
Fidelity National Title Company

When Recorded Mail Document
and Tax Statement To:
Edward T. Santiago and Lori D. Santiago
6003 Kuvasz Court
Citrus Heights, CA 95621

**Sacramento County**
**Donna Allred, Clerk/Recorder**

| Doc # **202309210931** | Fees | $101.00 |
|---|---|---|
| 9/21/2023   3:31:37 PM | Taxes | $0.00 |
| JLP         Electronic | PCOR | $0.00 |
| Titles    1 | Paid | $101.00 |
| Pages     3 | | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Escrow No.: OC2302211

APN/Parcel ID(s): 209-0740-053-0000

This is a bonafide gift and the grantor received nothing in return, R & T 11930.

## GRANT DEED

**The undersigned grantor(s) declare(s)**

☑  This transfer is exempt from the documentary transfer tax.

☐  The documentary transfer tax is $0.00 and is computed on:
    ☐  the full value of the interest or property conveyed.
    ☐  the full value less the liens or encumbrances remaining thereon at the time of sale.
The property is located in ☑ **the City of Citrus Heights.**

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** CDK Investments, LLC, a California limited liability company,

**hereby GRANT(S) to** Edward T. Santiago and Lori D. Santiago, husband and wife as community property with right of survivorship

**the following described real property in the** City of Citrus Heights, County of Sacramento, State of California:

    SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

**PROPERTY COMMONLY KNOWN AS:** 6003 Kuvasz Court, Citrus Heights, CA 95621-0983

Dated: September 15, 2023

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

CDK Investments, LLC a California limited liability company

Charles Jamison- Manager

## MAIL TAX STATEMENTS AS DIRECTED ABOVE

Grant Deed with PCOR
SCA0002540.doc / Updated: 06.20.23

Printed: 09.15.23 @ 09:28 AM
CA-FT-FORG-01500.071018-OC2302211

## GRANT DEED
### (continued)

APN/Parcel ID(s): 209-0740-053-0000

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _California_

County of _Sacramento_

On _Sept. 18, 2023_ before me, **N. JENSEN** , Notary Public,
(here insert name and title of the officer)

personally appeared _Charles Jamison_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

> N. JENSEN
> COMM. #2437615
> Notary Public · California
> Sacramento County
> Comm. Expires March 5, 2027

Printed: 09.15.23 @ 09:28 AM
CA-FT-FORG-01500.071018-OC2302211

Grant Deed with PCOR
SCA0002540.doc / Updated: 06.20.23

# EXHIBIT "A"
## Legal Description

**For APN/Parcel ID(s): 209-0740-053-0000**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CITRUS HEIGHTS, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 53, IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AS SHOWN ON THE MAP ENTITLED ANTELOPE STATION UNIT NO. 1, FILED JULY 13, 1994, IN THE OFFICE OF THE SACRAMENTO COUNTY RECORDER, CALIFORNIA, IN BOOK 233 OF MAPS, MAP NO. 5, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM ALL MINERALS AND MINERAL RIGHTS, INTERESTS AND ROYALTIES, INCLUDING WITHOUT LIMITING THE GENERALITY THEREOF, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, AS WELL AS METALLIC OR OTHER SOLID MINERALS, IN AND UNDER SAID PROPERTY; PROVIDED HOWEVER, SAID RESERVATION OF RIGHTS SHALL PERTAIN ONLY TO THAT PORTION OF SAID PROPERTY; WITHOUT, HOWEVER, RIGHTS FOR ANY PURPOSE WHATSOEVER TO ENTER UPON, INTO OR THROUGH THE SURFACE OF SAID PROPERTY IN CONNECTION THEREWITH, AS RESERVED IN THE DEED RECORDED MARCH 17, 1989 IN BOOK 890317 AT PAGE 1152, OF OFFICIAL RECORDS.

RECORDING REQUESTED BY:
Fidelity National Title Company

**Sacramento County**
**Donna Allred, Clerk/Recorder**

| Doc # **202309210926** | | Fees | $101.00 |
|---|---|---|---|
| 9/21/2023 | 3:29:52 PM | Taxes | $0.00 |
| BW | Electronic | PCOR | $0.00 |
| Titles | 1 | Paid | $101.00 |
| Pages | 3 | | |

**When Recorded Mail Document
and Tax Statement To:**
Edward T. Santiago and Lori D. Santiago
6100 Stonehand Avenue
Citrus Heights, CA 95621

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Escrow No.: OC2301783

This is a bonafide gift and the grantor received nothing in return, R & T 11930.

APN/Parcel ID(s): 209-0184-015-0000

## GRANT DEED

**The undersigned grantor(s) declare(s)**

☑  This transfer is exempt from the documentary transfer tax.

☐  The documentary transfer tax is $0.00 and is computed on:
 ☐  the full value of the interest or property conveyed.
 ☐  the full value less the liens or encumbrances remaining thereon at the time of sale.
The property is located in ☑ the **City of Citrus Heights**.

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** CDK Investments, LLC, a California limited liability company,

**hereby GRANT(S) to** Edward T. Santiago and Lori D. Santiago, husband and husband as community property with right of survivorship

**the following described real property in the** City of Citrus Heights, County of Sacramento, State of California:

 SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

**PROPERTY COMMONLY KNOWN AS:** 6100 Stonehand Avenue, Citrus Heights, CA 95621-0936

Dated:  September 15, 2023

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

CDK Investments, LLC a California limited liability company

Charles Jamison- Manager

## MAIL TAX STATEMENTS AS DIRECTED ABOVE

# GRANT DEED
(continued)

APN/Parcel ID(s): 209-0184-015-0000

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of _California_

County of _Sacramento_

On _Sept. 18, 2023_ before me, _N. JENSEN_ , Notary Public,
(here insert name and title of the officer)

personally appeared _Charles Jamison_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

N. JENSEN
COMM. #2437615
Notary Public, California
Sacramento County
Comm. Expires March 5, 2027

# Exhibit 2

Text Message from Lori Santiago referencing refinance.

Case 25-23016

7:30

160

your yard sorry ours was long too we just got the ... last week



khloe ... home in a day two

**Lori** ›

Thanks, now I have to find someone and figure out my taxes because you want to claim the houses and I need some type of gift receipts which will cause me to pay more.

Maybe you should refine the houses and your car.  It would be easier.

Refinance

ok i'll be on it after i get this airbnb drama figured out i have car accident stuff and airbnb got destroyed while in kc all tv stolen and place trashed kinda got a lot on my plate at the moment and the last couple months . but if u want me to i'll add to me list of stuff to do

May 25, 2023 at 8:49 AM

What insurance are you using for the house?  The farmers insurance that we have or did you buy another one?



iMessage

now

# Exhibit 3

Text Messages from Rosemary and Lori Santiago confirming that
Rosemary and Plaintiff remain the true owners of the properties even
after the deed transfers, with Lori acknowledging Plaintiff paid for the
houses and she was 'just on deed.'

spending your time going to
brady football game and
sleeping

7:19

< 160

its fucking what ever you sit
around and
everything



(916) 367-9282 ›

Im over being attached to you.
Im too old to watch my life go
dowb the drain while you lay in
bed doint nothing

I want to go our separate ways.
We need to sell the houses.
There is no bouncing back.
There is no getting better.
We're going on 2 years of you
trying to make dogs work and
everything is just getting worse.
Im not cool with any of thus
shit.

Wed, Feb 19 at 7:57 AM

Why would you staet calling the
kids at 8a when you knew we
were all up at 1am

Edited

You're a selfish self centered
prick

Pay the fucking internet bill

Lame ass loser

Text Message · SMS



**6:25**

(916) 367-9282 >

Fri, May 16 at 11:17 AM

> Bottom line is we have 3 houses. Im not gonna be forced to live with you. I can either stay here or at stone hand.

No I will sleep where my kids sleep . Stonehad is a business and so is kuz . Trying to get me to go on a trip with u and mad I won't

Nobody cares about the trip

Let's sit down and

 Text Message · SMS 

6:22



162



Lori ›

And I got had a lot of Pro\*lem\*
in the \*\*\* and Is out I'm a
pedi\*\*\*\*\*\*\* streets
North\*\*\*\*\*alled and had to
go m\*\*\*\*\* with them today
and plead my case ....

**Fri, Jun 20 at 9:06 AM**



I am sorry maybe not choice
word (owner).    I know you paid
us for houses and they belong
to you and Rosemary.    I said
that because they are in our
name as owning them.    Again
as long as you can pay them we
are good.    I am sorry again I
just want us to be civil.

Civil ? U and your daughter do
not know what civil means u
have kept kids from me also
and I have tons of prof I beefed
for my kids a few weeks an ago
and u played me .... This about
my so. Who is being abused ...

Truth will come out . But I am
not an afraid of u or your
daughter anyone . Your years of
threats have been documented
with years on threats of taking
"my house ."

**Sat, Jun 21 at 12:17 PM**



Verizon Msg: Charles , you can
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
interruption

+    iMessage

# Exhibit 4

Transcript/Recording of Rosemary bragging about insider knowledge.

Rosemary : You should really talk to a lawyer there's something called community property

Charles: I already have

 Rosemary: your suck a fucking idiot, COMMUNITY PROPERTY YOU FUCKING IDIOT , it doesn't matter what you pay I'm entitled to half, learn the fucking law , I work at a courthouse I talk to attorneys everyday , you so fucking dumb

Charles: I know , so your gonna take me to the cleaners huh ? Strip me of everything ?

Rosemary : For what ? You don't have shit

Charles: ok let me go (referring to divorce)

Charles: I don't know why you do this in front of the kids

Rosemary: I don't know why your doing this in front of the kids

Charles:I'm not I was playing a game with Emery

Rosemary : I asked you to FUCKING leave , to give me some fucking space, were obviously too volatile to be around each other. But you insist on just sitting here when you when you have nothing fucking else to do

Charles: are you kidding you took my kids for six days and wouldn't let them call me I missed the fuck out of them

Rosemary: You had the opportunity to go, you chose not too

Charles: You didn't even take my passport, it was all a sick game to you, I'm cool

Rosemary : why would I take your passport , what are you talking about take your won fucking passport .

# Exhibit 5

Statement/Text from Lori Santiago admitting conspiracy with Rosemary.

Sharon Longabaugh
**9:28** Leasing Experience Specialist



‹ 162

Lori ›

ok p... nd over docu...
as i w... ut first of month
and ...k on that as i am
out the country

send her this

Ok

Feb 12, 2023 at 7:18 PM

Tell Brady yea so happy KC won

Feb 13, 2023 at 2:33 PM

I got the doc sign to vacate, you
will need to do walk thru at key
turn over, if place is clean then
you will get deposit back but it
can go towards vacating early
fees.  Should I proceed?

yes no fee to vacate correct ?

Yes early termination fees

 we not paying fees to vacate .
i'm going tomarrow to get
restraining ordered filed .. lol

 and just won't show up for
court rosemary came up with
idea

 +   iMessage

say shit and we can do 14 day
notice

| CH-110 | Temporary Restraining Order |
|---|---|

Clerk stamps date here when form is filed.

**FILED**
Superior Court Of California,
Sacramento
02/14/2023
kjohnson12
By_____ , Deputy
Case Number:
**34-2023-70012343**

*Person in ① must complete items ①, ②, and ③ only.*

**① Protected Person**

a. Your Full Name: Lori Santiago

Your Lawyer *(if you have one for this case):*
Name: _____     State Bar No.: _____
Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.):*

Address: 6124 piccolo court
City: Citrus Heights     State: CA   Zip: 95621
Telephone: _____     Fax: _____
Email Address: _____

*Fill in court name and street address:*

Superior Court of California, County of
SACRAMENTO
720 9th Street
Sacramento, CA 95814

Gordon D. Schaber Sacramento County Courthouse

*Court fills in case number when form is filed.*

**Case Number:**
34-2023-70012343

**② Restrained Person**

*(Give all the information you know. Information with a star (\*) is required to add this order to the California police database. If age is unknown, give an estimate.)*

| | |
|---|---|
| \*Full Name: Brett Cartwright | \*Age: 41   Date of Birth: Unknown |
| \*Race: White   Height: 6' 0"   Weight: 140 lbs. | Hair Color: Black   Eye Color: Brown |
| \*Gender: ☒ M  ☐ F  ☐ Nonbinary   Home Address: Unknown | |
| City: Unknown   State: Unk.   Zip: Unknown | |
| Relationship to Protected Person: homeless person in area | |

**③ ☐ Additional Protected Persons**

In addition to the person named in ①, the following family or household members of that person are protected by the temporary orders indicated below:

| Full Name | Gender | Age | Household Member? | Relation to Protected Person |
|---|---|---|---|---|
| _____ | ____ | ____ | ☐ Yes  ☐ No | _____ |
| _____ | ____ | ____ | ☐ Yes  ☐ No | _____ |
| _____ | ____ | ____ | ☐ Yes  ☐ No | _____ |
| _____ | ____ | ____ | ☐ Yes  ☐ No | _____ |

☐ *Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3— Additional Protected Persons" as a title. You may use form MC-025, Attachment.*

**④ Expiration Date**     *The court will complete the rest of this form.*

*This Order expires at the end of the hearing scheduled for the date and time below:*

| Date: MAR 1 0 2023 | Time: 8:30 | ☒ a.m.  ☐ p.m. |
|---|---|---|

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Temporary Restraining Order (CLETS-TCH)
(Civil Harassment Prevention)**

CH-110, Page 1 of 6

→

LHI5772 SACRAMENTO

| Case Number: |
|---|
|  |

## To the Person in ❷ :

**The court has granted the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

**⑤ Personal Conduct Orders**

☐ **Not Requested**      ☐ **Denied Until the Hearing**      ☑ **Granted as Follows:**

a.  You must not do the following things to the person named in ①
    ☐ and to the other protected persons listed in ③:

   (1) ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

   (2) ☑ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

   (3) ☐ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.

   (4) ☐ Other *(specify):*
      ☐ Other personal conduct orders are attached at the end of this Order on Attachment 5a(4).

     _____

b.  Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.  However, you may have your papers served by mail on the person in ①.

**⑥ Stay-Away Order**

☐ **Not Requested**      ☐ **Denied Until the Hearing**      ☑ **Granted as Follows:**

a.  You must stay at least _100_ yards away from *(check all that apply):*

   (1) ☑ The person in ①
   (2) ☐ Each person in ③
   (3) ☑ The home of the person in ①
   (4) ☑ The job or workplace of the person in ①
   (5) ☐ The school of the person in ①
   (6) ☐ The school of the children of the person in ①

   (7) ☐ The place of child care of the children of the person in ①
   (8) ☑ The vehicle of the person in ①
   (9) ☐ Other *(specify):*
     _____
     _____
     _____

b.  This stay-away order does not prevent you from going to or from your home or place of employment.

**⑦ No Firearms (Guns), Firearm Parts, or Ammunition**

a.  You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited items listed in b on the next page.

## This is a Court Order.

Case Number:

b. **Prohibited items are:**

(1) Firearms (guns);

(2) Firearm parts, meaning receivers, frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531); and

(3) Ammunition.

c. **You must:**

(1) Sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts in your immediate possession or control. This must be done within 24 hours of being served with this Order.

(2) File a receipt with the court within 48 hours of receiving this Order that proves that your firearms (guns) and firearm parts have been turned in, sold, or stored. (You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for the receipt.)

d. ☐ The court has received information that you own or possess a firearm (gun), firearm parts, or ammunition.

**⑧ Possession and Protection of Animals**

☑ **Not Requested**    ☐ **Denied Until the Hearing**    ☐ **Granted as Follows** *(specify):*

a. ☐ The person in ① is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household. *(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

b. ☐ The person in ② must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**⑨ Other Orders**

☑ **Not Requested**    ☐ **Denied Until the Hearing**    ☐ **Granted as Follows** *(specify):*

_____

_____

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 9.

**To the Person in ❶:**

**⑩ Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☑ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

**This is a Court Order.**

LH15772 SACRAMENTO

Case Number:

c. ☐ By the close of business on the date that this Order is made, the person in ① or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency        Address *(City, State, Zip)*

_____    _____

_____    _____

   ☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 10.

**⑪ No Fee to Serve (Notify) Restrained Person**    ☑ **Ordered**    ☐ **Not Ordered**

The sheriff or marshal will serve this Order without charge because:

a. ☑ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐ The person in ① is entitled to a fee waiver.

**⑫** Number of pages attached to this Order, if any: _____

Date: *Feb 14 2023*           *[signature]*

                             *Judicial Officer*

**Warnings and Notices to the Restrained Person in ②**

### You Cannot Have Firearms (Guns), Firearm Parts, or Ammunition

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get any prohibited items listed in item 7b on page 3 while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts that you have or control as stated in item ⑦ above. The court will require you to prove that you did so.

### Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form CH-109, *Notice of Court Hearing*, but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item ②.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

### After You Have Been Served With a Restraining Order

- Obey all the orders.
- Read form CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*, to learn how to respond to this Order.
- If you want to respond, fill out form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and file it with the court clerk. You do not have to pay any fee to file your response if the Request claims that you inflicted or threatened violence against or stalked the person in ①.

**This is a Court Order.**

Rev. January 1, 2023      **Temporary Restraining Order (CLETS-TCH)**      CH-110, Page 4 of 6   →
                   **(Civil Harassment Prevention)**

LHI5772 SACRAMENTO

- You must have form CH-120 served by mail on the person in ① or that person's attorney. You cannot do this yourself. The person who does the mailing should complete and sign form CH-250, *Proof of Service by Mail*. File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.

- In addition to the response, you may file and have declarations served, signed by you and other persons who have personal knowledge of the facts. You may use form MC-030, *Declaration*, for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at *www.courts.ca.gov/forms*. If you do not know how to prepare a declaration, you should see a lawyer.

- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.

- At the hearing, the judge can make restraining orders against you that last for up to five years. Tell the judge why you disagree with the orders requested.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

### Start Date and End Date of Orders

This order *starts* on the date next to the judge's signature on page 4. The order *ends* on the expiration date in item ④ on page 1.

### Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

### Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

- The officer sees a copy of the Proof of Service or confirms that the Proof of Service is on file; or
- The restrained person was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified, the agency must advise the restrained person of the terms of the order and then enforce it.

## This is a Court Order.

LHI5772 SACRAMENTO

| Case Number: |
|---|
|  |

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority** (see Pen. Code, § 136.2 and Fam. Code, §§ 6383(h)(2), 6405(b)):

1. *Emergency Protective Order (EPO):* If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay-away order) that are more restrictive than in the other restraining/protective orders must be enforced. Provisions of another order that do not conflict with the EPO must be enforced.

2. *No-Contact Order:* If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item 5a(2) is an example of a no-contact order.

3. *Criminal Protective Order (CPO):* If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Fam. Code, §§ 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Pen. Code, § 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.

4. *Civil Restraining Orders:* If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.



*(Clerk will fill out this part.)*

—**Clerk's Certificate**—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: __FEB 1 4 2023__ Clerk, by _____, Deputy

This is a Court Order.



shit. Edward's

see **9:29** babie

we miss them the dogs, we just

to Brady and E

nah ro this is the winner

next is er

‹ Lori ›

**Feb 15, 2023 at 2:16 PM**

- Remove all personal items and trash.
- Maintain the outside of your home including the driveway, landscaping, and pest control.
- Leave a copy of your receipt for professional cleaning in your home (deep cleaning services and carpets)
- Leave house keys in the lock box provided at your PMOV and garage remotes and other keys on the kitchen countertop.
- Provide your forwarding address to receive your security deposit refund.
- Forward your mail and contact utility providers to have utilities in





**Feb 15, 2023 at 4:31 PM**

28 end date. Ill do smud and pge for that date, Wi-Fi is yours

**Feb 27, 2023 at 8:28 PM**

We will be home tonight, you can bring dogs in morning or we can pick them up.

ok cool tnx



 

iMessage

# Exhibit 6

Evidence of Rosemary later repeating DVRO fraud.

9:22







### Ac... Authentication
g...

You ...ted one-time access to ...a Verizon care

**(916) 367-9282**

You can close out of this page and return to the original page to continue



Got it

Tnx

good ?

send a selfie

Ella

Jul 5, 2023 at 1:45 PM



Can u go file the restraining order tomorrow?  This bitch is tripping. Tried to say the other person had to be on the leasr.  I had to check her. Now she's back tracking

(+)   Text Message • SMS   🎤

yes

# Superior Court of California
## County of Sacramento
### William R. Ridgeway Family Relations Courthouse

## Findings and Order After Hearing - Amended

ELECTRONICALLY FILED BY
Superior Court of California
County of Sacramento
Family Law
7/28/2023
9:32 AM
S. Moran – Deputy Clerk

| | | | |
|---|---|---|---|
| **Date:** | 7/28/2023 | **Judicial Officer:** | Stephen Lau |
| **Time:** | 8:30 AM | **Clerk:** | S. Moran - Deputy Clerk |
| **Department:** | 126 | **Reporter:** | none |
| **Moving Party:** | Petitioner | **Interpreter(s):** | |
| **Filed Date:** | 7/7/2023 | **Case Init. Date:** | 7/6/2023 |
| **Case Number:** | 23DV01979 | **Petitioner Pro Per:** | Rosemery Jamison |
| **Case Type:** | Domestic Violence | **Respondent:** | Craig Bales |
| **Hearing Type:** | Hearing on DV OSC | | |

**Appearances**

**Other Attendees:**

---

## AMENDED DUE TO TECHNICAL ERROR, NO CHANGES WERE MADE

This matter is dropped for non-appearance of the moving party.

Any orders are hereby vacated as to the temporary restraining order.

Case Judgment by Court

_____
Judicial Officer

Date: 7/28/2023

---

**9:22**

Jul 6, 2023 at 2:08 PM

can u look on old phone ?



‹ 162

changed it a~~~ me
over phone ~~~~~~~
me

(916) 367-9282 ›

Jul 6, 2023 at 7:38 AM



We're out og coffee



And where did u put my old
phobe

 It also just occurred to me thay
we did a civil RO last time and if
we allege there was a dating
relationship, i think we got to do
a DVRO

ok so do a dvro ? same
form or different ?

Different form

dv-ro-without-children-
packet
PDF Document · 2.2 MB
saccourt.ca.gov

Dont just respond to the text
that benefits u and ignore the
rest



Text Message · SMS

put my sim card back in .. rawer
in butler pantry



**9:24**



...ts mom said ...got
9:30 and
necessary to be th... ...en it
opened

**(916) 367-9282 ›**

> 12.7K likes, 349 comments. "#fyp #fyp
> シ #prayfornpd #pray #prayer #prayers
> #narcissist #narctok #narcissism
> #narcissistic #narcisista #loveagain
> #strong #strongwoman #strongman
> #manipulation #gaslighting
> #youcandoit #loveyourself #empath
> #empathic #peace #karma #narc
> #betrayal #betrayaltrauma #betrayed
> #healing #recovery
> #healingnarcissistictrauma
> #healingnarcissisticabuse #liar
> #manipulator "

**TikTok · Healing Softly**  
tiktok.com

sounds like a pretty reasonable
self aware guy

Jul 14, 2023 at 8:28 AM

 Gobi move out date august 1

Make sure ur out

 I dont want to waste anymore
time going back and forth with
this bitch. She's super annoying

⊕　Text Message · SMS


coupe hours got a dead puppy

# Exhibit 7

Appraisals of properties at issue.

# COMPARATIVE MARKET ANALYSIS REPORT

Listings as of: Wednesday, June 11, 2025 6:37 PM     Page: 1/1

## Residential
### Active

| LISTING # | ADDRESS | CITY | BD | BATH | SQ FT | LOT SIZE | YEAR | DATE | $/SQFT | DOM/CDOM | ORIG PRICE | LIST PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 225062561 | 6042 Bach Ct | Citrus Heights | 3 | 2 (2 0) | 1,226 | 0.1487 | 1996 | 05/15/25 | $420 | 27/27 | $525,000 | $515,000 |
| 225070828 | 6121 Ebonywood Ct | Citrus Heights | 3 | 2 (2 0) | 1,219 | 0.1400 | 1985 | 05/31/25 | $401 | 11/11 | $519,000 | $489,000 |
| 225024623 | 5992 Kuvasz Ct | Citrus Heights | 4 | 3 (2 1) | 1,870 | 0.1102 | 1995 | 04/18/25 | $281 | 31/31 | $525,000 | $525,000 |
| 225062560 | 8310 Adagio Way | Citrus Heights | 3 | 2 (2 0) | 1,343 | 0.1110 | 1999 | 05/14/25 | $357 | 28/28 | $495,000 | $479,900 |
| **LISTING COUNT: 4** | | **AVERAGES:** | | | **1,415** | | | | **$365** | **24/24** | **$516,000** | **$502,225** |

**HIGH PRICE: $525,000**     **MEDIAN PRICE: $502,000**     **LOW PRICE: $479,900**

### Closed

| LISTING # | ADDRESS | CITY | BD | BATH | SQ FT | LOT SIZE | YEAR | DATE | $/SQFT | DOM/CDOM | ORIG PRICE | LIST PRICE | CLOSE PRICE | CP%LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 224126497 | 6007 Kuvasz Ct | Citrus Heights | 3 | 2 (2 0) | 1,367 | 0.1234 | 1995 | 01/14/25 | $362 | 33/33 | $510,000 | $495,000 | $495,000 | 100% |
| 224130328 | 7840 Katella Way | Citrus Heights | 3 | 2 (2 0) | 1,230 | 0.1037 | 1995 | 03/26/25 | $382 | 88/88 | $495,000 | $479,000 | $470,000 | 98% |
| 225002640 | 5976 Kylench Ct | Citrus Heights | 3 | 2 (2 0) | 1,367 | 0.1093 | 1996 | 03/26/25 | $349 | 25/25 | $475,000 | $495,000 | $477,500 | 96% |
| 225018686 | 6135 Brahms Ct | Citrus Heights | 4 | 2 (2 0) | 1,592 | 0.1364 | 1997 | 03/28/25 | $317 | 1/1 | $520,000 | $520,000 | $505,000 | 97% |
| **LISTING COUNT: 4** | | **AVERAGES:** | | | **1,389** | | | | **$353** | **37/37** | **$500,000** | **$497,250** | **$486,875** | **98%** |

**HIGH PRICE: $505,000**     **MEDIAN PRICE: $486,250**     **LOW PRICE: $470,000**

### REPORT TOTALS

| | | | | | SQ FT | | | | $/SQFT | DOM/CDOM | ORIG PRICE | LIST PRICE | CLOSE PRICE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LISTING COUNT: 8** | | **AVERAGES:** | | | **1,402** | | | | **$359** | **31/31** | **$508,000** | **$499,738** | **$486,875** | **98%** |



PRESENTED BY:
**Reggie Jackson**
LIC: 01470568
Primary 916-247-1444
Reggie@JacksonRealEstateInc.com
http://www.SacRealEstateInc.net

**Jackson Real Estate Group**
LIC: 01980297
116 S. Grant St. #98 Roseville CA 95678
916-247-1444

All data, photos, visualizations, and information regarding a property, including the property's compliance with state and local legal requirements and all measurements and calculations of area, have been obtained from various sources, and may include such material that has been generated by use of artificial intelligence. Such information and material have not been and will not be verified for accuracy by the listing broker or the multiple listing service, and are not guaranteed as complete, accurate or reliable. Such information and material should be independently reviewed and verified for accuracy. This information and material are intended for the personal use of consumers and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing.
Copyright © 2025, MetroList Services, Inc. Copyright © 2025, Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045

# COMPARATIVE MARKET ANALYSIS REPORT

Listings as of: Wednesday, June 11, 2025 10:33 PM

## Residential
## Closed

| LISTING # | ADDRESS | CITY | BD | BATH | SQ FT | LOT SIZE | YEAR | DATE | $/SQFT | DOM/CDOM | ORIG PRICE | LIST PRICE | CLOSE PRICE | CP%LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 224120145 | 7429 Springvale Way | Citrus Heights | 3 | 2 (2 0) | 1,499 | 0.2100 | 1977 | 01/09/25 | $350 | 53/53 | $525,000 | $519,500 | $525,000 | 101% |
| 224042008 | 6640 Carmelwood Dr | Citrus Heights | 3 | 2 (2 0) | 1,557 | 0.1251 | 1979 | 06/26/24 | $334 | 13/13 | $519,900 | $519,900 | $520,000 | 100% |
| 224036279 | 6637 Cranberry Ct | Citrus Heights | 3 | 2 (2 0) | 1,582 | 0.1373 | 1979 | 06/05/24 | $330 | 25/25 | $489,000 | $489,000 | $522,000 | 107% |
| 224060380 | 6629 Cranberry Ct | Citrus Heights | 3 | 2 (2 0) | 1,582 | 0.1373 | 1980 | 06/28/24 | $322 | 4/4 | $499,000 | $499,900 | $510,000 | 102% |
| 225019744 | 6624 Cranberry Ct | Citrus Heights | 3 | 2 (2 0) | 1,582 | 0.2176 | 1980 | 03/25/25 | $315 | 5/5 | $499,000 | $499,000 | $499,000 | 100% |
| 224108985 | 8201 Basswood Way | Citrus Heights | 4 | 2 (2 0) | 1,543 | 0.1600 | 1960 | 11/25/24 | $334 | 28/28 | $499,000 | $499,000 | $515,000 | 103% |
| 224127471 | 7032 Canevalley Cir | Citrus Heights | 3 | 2 (2 0) | 1,426 | 0.1494 | 1978 | 12/10/24 | $351 | 5/5 | $499,900 | $499,900 | $500,000 | 100% |
| 224056456 | 7452 Brook Dale | Citrus Heights | 3 | 2 (2 0) | 1,482 | 7841 | 1957 | 10/07/24 | $354 | 106/106 | $595,000 | $525,000 | $525,000 | 100% |
| 224076881 | 6807 Florabelle Ave | Citrus Heights | 4 | 3 (3 0) | 1,767 | 0.1400 | 1961 | 08/12/24 | $323 | 7/95 | $569,900 | $569,900 | $569,900 | 100% |
| 225032542 | 6556 Skylane Dr | Citrus Heights | 4 | 3 (2 1) | 1,833 | 0.2800 | 1961 | 05/13/25 | $286 | 3/3 | $499,000 | $499,000 | $525,000 | 105% |
| 224067927 | 6626 Willowleaf Dr | Citrus Heights | 3 | 2 (2 0) | 1,466 | 0.1500 | 1976 | 07/23/24 | $351 | 4/4 | $499,000 | $499,000 | $515,000 | 103% |
| 224100856 | 7250 Starflower Dr | Citrus Heights | 4 | 2 (2 0) | 1,493 | 0.1383 | 1979 | 10/25/24 | $358 | 2/2 | $529,000 | $529,000 | $535,000 | 101% |
| 224105113 | 6633 Branchwater Way | Citrus Heights | 3 | 2 (2 0) | 1,557 | 0.1646 | 1978 | 10/29/24 | $344 | 6/6 | $529,000 | $529,000 | $535,000 | 101% |
| 224104161 | 6218 Stonehand Ave | Citrus Heights | 4 | 2 (2 0) | 1,280 | 0.1564 | 1969 | 11/12/24 | $359 | 38/38 | $485,000 | $460,000 | $460,000 | 100% |
| 224152550 | 8037 Cornerstone Way | Citrus Heights | 3 | 2 (2 0) | 1,136 | 0.1800 | 1977 | 02/14/25 | $436 | 21/21 | $499,000 | $499,000 | $495,000 | 99% |
| 224094764 | 7112 Blue Springs Way | Citrus Heights | 4 | 2 (2 0) | 1,380 | 0.1398 | 1979 | 10/04/24 | $368 | 13/54 | $515,000 | $515,000 | $508,000 | 99% |
| 225058917 | 7445 Windjammer Way | Citrus Heights | 3 | 2 (2 0) | 1,381 | 0.1400 | 1978 | 06/10/25 | $387 | 4/4 | $499,000 | $499,000 | $535,000 | 107% |
| 225036796 | 6428 Shady Springs Way | Citrus Heights | 3 | 2 (2 0) | 1,298 | 0.1400 | 1977 | 05/07/25 | $398 | 19/19 | $509,900 | $509,900 | $517,000 | 101% |
| 225026103 | 6125 Graystone Ave | Citrus Heights | 3 | 2 (2 0) | 1,300 | 0.1400 | 1977 | 04/10/25 | $392 | 8/8 | $519,900 | $519,900 | $510,000 | 98% |

**LISTING COUNT: 19**    **AVERAGES:**    **1,481**    **$352**  **19/26**  **$514,711**  **$509,468**  **$516,889**  **101%**

**HIGH PRICE: $569,900**    **MEDIAN PRICE: $517,000**    **LOW PRICE: $460,000**

## REPORT TOTALS

**LISTING COUNT: 19**    **AVERAGES:**    **1,481**    **$352**  **19/26**  **$514,711**  **$509,468**  **$516,889**  **101%**



PRESENTED BY:

**Reggie Jackson**
Lic: 01470568
Primary 916-247-1444
Reggie@JacksonRealEstateInc.com
http://www.SacRealEstate.net

**Jackson Real Estate Group**
Lic: 01980297
116 S. Grant St. #98 Roseville CA 95678
916-247-1444

All data, photos, visualizations, and information regarding a property, including the property's compliance with state and local legal requirements and all measurements and calculations of area, have been obtained from various sources, and may include such material that has been generated by use of artificial intelligence. Such information and material have not been and will not be verified for accuracy by the listing broker or the multiple listing service, and are not guaranteed as complete, accurate or reliable. Such information and material should be independently reviewed and verified for accuracy. This information and material are intended for the personal use of consumers and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing.
Copyright © 2025, MetroList Services, Inc. Copyright © 2025, Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045

# **Exhibit 8**

Copies of Rosemary's fraudulent bankruptcy filings from 2007.

Official Form 1 (4/07)

| UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Rosemary Jamison** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Smith** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. / Complete EIN or other Tax I.D. No.: **3496** (if more than one, state all) | Last four digits of Soc. Sec. / Complete EIN or other Tax I.D. No.: (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State): **8248 Longden Circle Citrus Heights, CA**     ZIP CODE: **95610** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE: |
| County of Residence or of the Principal Place of Business: **Sacramento** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **8531 Heather Cross Way Orangevale, CA**     ZIP CODE: **95662** | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE: |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE: |

**Type of Debtor (Form of Organization)** (Check one box)

- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other:

**Tax-Exempt Entity** (Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Form EDC 2-020 (Official Form 3A).
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A
- [ ] Ac
- [ ] cl

**Statistical / Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

07-24469-D-13L
DEBTOR: ROSEMARY JAMISON
DEBTOR IS PRO SE
JUDGE: HON. R. BARDWIL
TRUSTEE: L. LOHEIT
341 MEETING: *** NO DATE ASSIGNED **
CHAPTER: 13   COUNTY: SACRAMENTO
FILED 6/13/07
Rec'd DROP BOX: 06/13/07-8:32PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
RECEIPT NO: 2-7-007997 $68.50 Pdes

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | [ ] $0 to $10,000 | [X] $10,000 to $100,000 | [ ] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 mil |
|---|---|---|---|---|---|
| Estimated Liabilities | [ ] $0 to $50,000 | [ ] $50,000 to $100,000 | [X] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 mil |

2007-24469

Official Form 1 (4/07)                                                 FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor (s): **Rosemary Jamison** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.
    ☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    Name and address of landlord that obtained judgment:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                   FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor (s): **Rosemary Jamison** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Debtor
_____

Signature of Joint Debtor
_____

**916-988-5849**
Telephone Number (if not represented by attorney)

**5-30-2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

**(Check only one box.)**

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

_____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U.S.C. § 110.)

_____
Address

_____

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both under 11 U.S.C. § 110; 18 U.S.C. § 156.*

Filed 09/17/25

Case 25-23916

Doc 15

Filed 06/13/07

Case 07-24469

Doc 1

Official Form 1, Exhibit D (10/06)    UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): **Rosemary Jamison** | Case No.:<br>(if known) |
|---|---|

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

---

☒ **1.** Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.

*Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

---

☐ **2.** Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.

*You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Official Form 1, Exhibit D (10/06) – Cont'd

    ☐  **3.** I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

*[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30- day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

    ☐  **4.** I am not required to receive a credit counseling briefing because of:
*[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐  <u>Incapacity</u>. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐  <u>Disability</u>. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐  <u>Active military duty</u> in a military combat zone.

    ☐  **5.** The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ _____

Date: <u>5-30-2007</u> _____

Filed 09/17/25
Filed 06/13/07

Case 25-23916
Case 07-24469

Doc 15
Doc 1

Certificate Number: 02301-CAE-CC-001957862

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 30, 2007 , at 9:32 o'clock AM PDT ,

Rosemary Jamison received from

Credit Counseling Centers of America ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: May 30, 2007            By    /s/Elena Colmenares

                              Name  Elena Colmenares

                              Title  Administrative Assistant

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# Exhibit 9

FBI Case No. 2:11-cr-0028 LHK involving foreclosure rescue scam.



**FILED**

JAN 2 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1 | BENJAMIN B. WAGNER
    United States Attorney
2 | LAUREL LOOMIS RIMON
    Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
    Sacramento, California 95814
4 | Telephone: (916) 554-2754

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   CASE NO. 2:11 - CR - 0028 LKK
                                      )
12 |                 Plaintiff,       )   VIOLATION:  18 U.S.C. § 157 –
                                      )   Bankruptcy Fraud
13 | v.                               )
                                      )
14 | CHARLES C. JAMISON,              )
                                      )
15 |                 Defendant.       )
                                      )
16 | _____ )

17

18                  I N F O R M A T I O N

19      The United States Attorney charges:  T H A T

20                    CHARLES C. JAMISON,

21   defendant herein, in or about July 2007 through in or about May 2009,

22   in the State and Eastern District of California, did devise and

23   intend to devise a scheme and artifice to defraud financial

24   institutions holding residential mortgage notes, and for the purpose

25   of executing or concealing such a scheme or artifice and attempting

26   ///

27   ///

28   ///

1 │ to do so filed bankruptcy petitions under Title 11, all in violation
2 │ of Title 18, United States Code, Section 157.
3 │
4 │ DATED: January 2l , 2011
5 │
6 │                                    BENJAMIN B. WAGNER
                                       United States Attorney
7 │
8 │                         By:        LAUREL LOOMIS RIMON
                                       Assistant U.S. Attorney
9 │
10 │
11 │
12 │
13 │
14 │
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │

                                       2

## PENALTY SLIP
## (INFORMATION)

**DEFENDANT:**      CHARLES C. JAMISON


**VIOLATION:**      18 U.S.C. § 157 - Bankruptcy Fraud

**PENALTY:**        Not more than 5 years imprisonment,
                    Not more than $250,000 fine, or both
                    3-Years Supervised Release

**ASSESSMENT:**     Mandatory $100 special assessment.

2:11-CR-0028 LHK

**EXHIBIT "A"**

**Factual Basis for PLEA**

At trial, the government would prove the following facts beyond a reasonable doubt:

Beginning on or about June, 2007, Charles C. Jamison, a resident of Rancho Cordova, California, engaged in a scheme to, for a fee, use the bankruptcy process to delay foreclosures pending on the residential properties of clients he solicited through a program called "Stop Now."

Through blind mailings, distressed homeowners in the Sacramento area received a flyer in which Jamison, using the name "Brett Roberts," promised homeowners facing a trustee sale that he could help them save their home by specifically:

> ➤ PROVIDING EXTRA RAPID LOANS
> ➤ PROVIDING CASH-FOR KEYS OPTIONS
> ➤ STOPPING THE SALE FOR ONLY $1000.00 – NO BANKRUPTCY FILING NECESSARY ** YOU CAN KEEP YOUR HOME FOR ONLY $1000.00 A MONTH, THIS INCLUDES YOUR MORTGAGE PAYMENT**
> ➤ REVERSE THE SALE AND STOP ANY PENDING EVICTION

The flyer contained a phone number for "Brett Roberts," which was in fact Jamison's home phone number. Recipients of the "Stop Now" flyer who contacted Jamison were provided with one or more Grant Deed forms that had been partially filled out, and were instructed to insert their name and specific property information including address, legal description, and parcel number to complete the deeds. Already included on the Grant Deeds was the name of a fictitious company or individual to which the homeowner would be transferring a portion of their property interest. The homeowners were then instructed to have the Grant Deeds notarized, recorded in their local county recorder's office, and to fax back to Jamison a copy of the filed Grant Deeds. As a result of these steps, Jamison caused numerous homeowners to transfer portions of their interest in their homes to a number of different fictitious entities.

In order to participate in the "Stop Now" program, homeowners were charged a monthly fee of approximately $1,000.00, and were directed to deposit the fee, in cash, into a bank account in the name of an associate of Jamison's. In fact, although the account was in the name of another person, Jamison controlled the account.

After Jamison received a recorded Grant Deed back from a homeowner, Jamison would file one or more bankruptcy petitions in the United States Bankruptcy Court for the Eastern District of California. Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition would result in an automatic stay of foreclosure proceedings of any properties in which Jamison's fictitious entities owned an interest. As a result of the stays, the financial institutions holding the mortgages were delayed in foreclosing on properties in default, and

PLEA AGREEMENT (CHARLES C. JAMISON)     A-2

1  were required to spend funds on legal fees to contest the sham
2  bankruptcy actions.  Ultimately, when Jamison failed to file any
   further documents or make any appearances in the bankruptcy
3  proceedings, or upon motion of the creditors, the bankruptcy case
   would be dismissed.

4      Jamison filed, or caused to be filed, the following bankruptcy
5  petitions, among others, in the United States Bankruptcy Court for the
   Eastern District of California pursuant to the scheme described above
6  on or about the dates listed below:

| Date | Bankruptcy Case Number | Fictitious Debtor's Name |
|---|---|---|
| 11/01/2007 | 07-29289 | Douglas Miller DBA Riverside Group |
| 06/29/2007 | 07-24985 | Craig Jones DBA Midtown Affiliates |
| 08/02/2007 | 07-26060 | William Bodini DBA Bodini and Associates |
| 08/28/2007 | 07-26865 | Brad Smith DBA Lakeside Group |
| 12/21/2007 | 07-31189 | Harold Martin DBA Oceanside Group |
| 01/18/2008 | 08-20603 | Jim Johnson DBA Capital City Investors |
| 02/07/2008 | 08-21403 | Samuel Johnson DBA Antioch Affiliates |

16  In each instance the names of the entities in which the petitions were
17  filed were determined to be fictitious and the petitions were
    ultimately dismissed.

18      The parties agree that a reasonable estimate of the loss to the
19  financial institutions holding the mortgages subject to stays of
    foreclosure cannot reasonably be determined in this case.  Furhter,
20  while much of the money Jamison received into his bank account came
    from homeowners participating in the "Stop Now" program, some of it
21  also came from Jamison's other business activities.  Additionally,
    some of the funds he received from homeowners was for services
22  unrelated to the filing of bankruptcies.  The parties agree that the
    defendant's gain from the bankruptcy scheme can reasonably be
23  estimated to be between $120,000 and $200,000.

24

25

26

27

28

**PLEA AGREEMENT (CHARLES C. JAMISON)    A-3**

# Exhibit 10

PennyMac statement showing trustee sale date at time of filing.

**⩕ PENNYMAC˙**

**Loan 8028521189**

201 American River Canyon Dr
Folsom CA, 95630

For additional information, please view your monthly statement.

## All Transactions



| Effective Date | Description | Transaction Amount | Principal | Interest | Escrow Balance |
|---|---|---|---|---|---|
| 7/16/2025 | Foreclosure Statutory Mailing Costs | $1.28 | $0.00 | $0.00 | ($11,523.39) |
| 7/16/2025 | Foreclosure Trustee Fee | $1,686.59 | $0.00 | $0.00 | ($11,523.39) |
| 7/1/2025 | Property Inspections | $30.00 | $0.00 | $0.00 | ($11,523.39) |
| 5/16/2025 | Property Inspections | $30.00 | $0.00 | $0.00 | ($11,523.39) |
| 4/24/2025 | Property Inspections | $30.00 | $0.00 | $0.00 | ($11,523.39) |
| 3/28/2025 | Property Inspections | $30.00 | $0.00 | $0.00 | ($11,523.39) |
| 3/20/2025 | County Taxes | ($5,984.93) | $0.00 | $0.00 | ($11,523.39) |
| 3/11/2025 | Non Sufficient Funds | $18.50 | $0.00 | $0.00 | ($4,257.72) |
| 3/1/2025 | Non Sufficient Funds | ($25.00) | $0.00 | $0.00 | ($4,257.72) |
| 3/1/2025 | Late Charges | ($146.06) | $0.00 | $0.00 | ($4,257.72) |
| 2/28/2025 | Reversal of Payment | ($4,201.97) | ($852.32) | ($2,068.91) | ($5,538.46) |
| 2/28/2025 | Reversal of Payment | ($168.23) | $0.00 | $0.00 | ($4,257.72) |
| 2/28/2025 | Payment | $168.23 | $0.00 | $0.00 | ($4,257.72) |
| 2/28/2025 | Payment | $4,201.97 | $852.32 | $2,068.91 | ($4,257.72) |
| 1/16/2025 | Property Inspections | $30.00 | $0.00 | $0.00 | ($5,538.46) |
| 12/31/2024 | Interest on Escrow - Escrow | $66.26 | $0.00 | $0.00 | ($5,538.46) |
| 12/16/2024 | Homeowners Insurance Premium | ($5,128.00) | $0.00 | $0.00 | ($5,604.72) |
| 12/2/2024 | Payment | $1,250.00 | $0.00 | $0.00 | ($476.72) |
| 11/21/2024 | County Taxes | ($5,984.93) | $0.00 | $0.00 | ($476.72) |
| 11/13/2024 | Property Inspections | $30.00 | $0.00 | $0.00 | $5,508.21 |
| 11/13/2024 | Non Sufficient Funds | $25.00 | $0.00 | $0.00 | $5,508.21 |
| 11/1/2024 | Reversal of Payment | ($1,250.00) | $0.00 | $0.00 | $5,508.21 |
| 11/1/2024 | Payment | $1,250.00 | $0.00 | $0.00 | $5,508.21 |
| 10/31/2024 | Payment | $1,250.00 | $0.00 | $0.00 | $5,508.21 |
| 9/30/2024 | Payment | $1,250.00 | $0.00 | $0.00 | $5,508.21 |

9:33 PM  Mon Sep 15

mypennymac.pennymac.com

45%

**LOAN - 8028521189**

201 American River Canyon Dr

My PennyHome

Products & Offers

Refinance or Buy a Home ⌄

Mortgage Assistance Center ⌄

Loan Information

Make a Payment ⌄

Loan Activity

Statements & Documents

Escrow Center ⌄

Payoff Resource Center

Amortization Calculator

Message Center

FAQ

# LOAN ACTIVITY

| | |
|---|---|
| **Loan Number** | 8028521189 |
| **Property Address** | 201 American River Canyon Dr<br>Folsom CA, 95630 |

For information, click here to view your **monthly statement.**

## All Transactions ⌄

Dates  _/_/____ 📅 to  _/_/____ 📅

Transaction Type  [ All ◆ ]  [ **FILTER** ]  [ **DOWNLOAD** ]



| Effective Date ◆ | Description | Transaction Amount | Principal/ ▼ Balance | Interest ▼ | Escrow/ ▼ Balance | Suspense/ ▼ Balance |
|---|---|---|---|---|---|---|
| 07/16/2025 | Foreclosure Statutory Mailing Costs | $1.28 | $0.00<br>$509,270.79 | $0.00 | $0.00<br>($11,523.39) | $0.00<br>$3,750.00 |
| 07/16/2025 | Foreclosure Trustee Fee | $1,686.59 | $0.00<br>$509,270.79 | $0.00 | $0.00<br>($11,523.39) | $0.00<br>$3,750.00 |
| 07/01/2025 | Property Inspections | $30.00 | $0.00<br>$509,270.79 | $0.00 | $0.00<br>($11,523.39) | $0.00<br>$3,750.00 |
| 05/16/2025 | Property Inspections | $30.00 | $0.00<br>$509,270.79 | $0.00 | $0.00<br>($11,523.39) | $0.00<br>$3,750.00 |
| 04/24/2025 | Property Inspections | $30.00 | $0.00<br>$509,270.79 | $0.00 | $0.00<br>($11,523.39) | $0.00<br>$3,750.00 |
| 03/28/2025 | Property Inspections | $30.00 | $0.00<br>$509,270.79 | $0.00 | $0.00<br>($11,523.39) | $0.00<br>$3,750.00 |
| 03/20/2025 | County Taxes | ($5,984.93) | $0.00<br>$509,270.79 | $0.00 | ($5,984.93)<br>($11,523.39) | $0.00<br>$3,750.00 |
| 03/11/2025 | Non Sufficient Funds | $18.50 | $0.00<br>$508,418.47 | $0.00 | $0.00<br>($4,257.72) | $0.00<br>$3,918.23 |

# Exhibit 11

Photographs/appraisals of jewelry totaling $32,000 concealed.

# Douglas E. Petok G.G. Company

E: Mail: douglas_e_petok@hotmail.com
Phone: 1-916-222-4964 Fax/v.m. 24/7/365

August 30, 2019
Appraisal No: 000119242004

Charles Jamison
1200 San Simeon Drive
Roseville, CA 95661



**STORE: Sharif Jewelers-Arden Arcade, CA**
Purpose of Appraisal          Approximate replacement value
Function of Appraisal          Replacement

One: Acid tested 14KT rose gold ladies cast and assembled "Round Brilliant Cut", 83-diamonds
eternity, 3-D, bloom, engagement ring with a bright polish finish. Condition is good. Containing:

One prong set round brilliant cut diamond, measuring 8.80 - 8.74 x 5.28mm exact weight 2.48ct.
Based on EGL USA Diamond Certificate W/ Laser Inscription: EGL US 913777302D, Dated:
July 8, 2015, Los Angeles, CA, Graded Mounted.

| | |
|---|---|
| Color | Very Light Yellow |
| Clarity | VS-1 |

Sixty-two bright cut set round brilliant cut diamonds, measuring 1.10 - 1.05 x 0.70mm (depth
est.), 5.00% GTCF approximate total weight of 62 Stones = 0.33ct. Graded Mounted.

| | |
|---|---|
| Color | I - J |
| Clarity | SI-1 |

Twenty-three prong set round brilliant cut diamonds, measuring 2.45 - 2.35 x 1.56mm (depth
est.), 5.00% GTCF approximate total weight of 23 Stones = 1.35ct. Graded Mounted.

| | |
|---|---|
| Color | H - I |
| Clarity | SI |

4.16ct.
4.37gm

Total Weight of Diamonds
Total Weight of Eternity, 3-D, Bloom, Engagement Ring

Total Approximate replacement value                                    $ 22700.00

GOLD @ 1523.50 US

**Comments**

Updated from appraisal number: 000115230004, Dated: August 22, 2015 , Arden Arcade, CA, Appraisal Expires two years after issue,
on date specified.

# Douglas E. Petok G.G. Company

E-Mail: douglas_e_petok@hotmail.com
Phone: 1-916-222-4064 | Fax/cm: 24/7/365

August 30, 2019

Appraisal No: 0001192442007

**Charles Jamison**
1200 San Simeon Drive
Roseville, CA 95661

**STORE:** Shmit Jewelers-Arden Arcade, CA
**Purpose of Appraisal**
  Retail replacement value
**Function of Appraisal**
  Insurance

One: Acid tested 18KT yellow gold ladies cast 18-diamonds prong settings eternity 1/2, anniversary style ring with bright polish finish. Condition is good. Containing:

Eighteen prong set baguette cut (tapered) diamonds, measuring from 3.30 x 1.60 x 1.19mm (depth est.) to 3.60 x 1.40 x 1.19mm (depth est.) 2.00% CTCF approximate total weight of 18 Stones = 1.10ct. Ten diamonds show abrasion on corners. Graded Mounted

| | | |
|---|---|---|
| Color | G-H | |
| Clarity | VS-1 to SI-1 | |



Total Weight of Diamonds    1.10ct.
Total Weigh of Eternity 1/2, Anniversary Style Ring    3.33gm

Total Retail replacement value

GOLD @ 1523.50 US

Comments       $   4560.00

Appraisal Expires two years after issue, on date specified.

# Douglas E. Petok G.G. Company

E: Mail: douglas_e_petok@hotmail.com
Phone: 1-916-222-4964  Fax/v.m. 24/7/365

Charles Jamison
1200 San Simeon Drive
Roseville, CA  95661

August 30, 2019
Appraisal No: 000119242005



**STORE: Sharif Jewelers-Arden Arcade, CA**
Purpose of Appraisal          Approximate replacement value
Function of Appraisal          Replacement

One, stamped 14KT rose gold ladies cast 24-diamonds, prong settings eternity style, wedding ring with a bright polish finish. Condition is good. Trademark is S. Identified with markings of "14K". Containing:

Twenty-four prong set round brilliant cut diamonds, measuring 2.45 - 2.35 x 1.56mm (depth est.) , 5.00% GTCF approximate total weight of 24 Stones = 1.40ct. Graded Mounted.

Color                    H - I
Clarity                  SI-2 to I-1



Total Weight of Diamonds
Total Weight of Eternity Style, Wedding Ring

1.40ct.
2.01gm

Total Approximate replacement value

  $  4500.00

GOLD @ 1523.50 US

Comments

Updated from appraisal number: 000115230004, Dated: August 22, 2015 , Arden Arcade, CA. Appraisal Expires two years after issue, on date specified.

# Exhibit 12

Photographs/receipts of luxury purse collection over $135,000 concealed.





‹ All Bags

| Investment Piece |

# Hermes

Birkin Handbag Etain Togo with Gold Hardware 30

## $32,065 USD 



   

**ADD TO CART** 

🔒 shop.rebag.com



POSHMARK    Listings ▾    Search Listings                    Log in | Sign up

POSH MARKETS
All ▾    Women    Men    Kids    Home    Electronics    Pets    Beauty & Wellness    Brands    Parties    Posh Shows    HOW IT WORKS    ⓢ SELL ON POSHMARK

✓ FREE authentication and FREE shipping included

Home / CHANEL / Bags



jayeye
Updated Jun 05

# CHANEL medium chain boy bag

CHANEL

## $7,000 ~~$7,000~~

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More .

SIZE    | OS |

| **Buy Now** |

| Buy with  Pay |

♡ Like and save for later    ⊕ Add To Bundle

♡ Like    💬 Comment    ↱ Share                    ⚑ Report

Gently used. Looks like new condition. Silver hardware. Comes with full set (box, authenticity card, dust bag). Will post more pics... serious inquires ONLY. No low balling or you will be blocked. Price is firm.

CATEGORY            COLOR

OTHER BAGS YOU MAY LIKE

Women    Bags    ● Black    Silver









POSHMARK

Listings ▾ | Search Listings

Log in | Sign up

POSH MARKETS All ▾   Women   Men   Kids   Home   Electronics   Pets   Beauty & Wellness   Brands   Parties   Posh Shows    HOW IT WORKS   SELL ON POSHMARK

✓ FREE authentication and FREE shipping included

Home / CHANEL / Bags / Mini Bags

chiccestlavie
Updated Nov 07

### Chanel Boy Bag small

CHANEL

**$4,400** ~~$4,600~~

NWT

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More .

SIZE
| Small |

| Buy Now |

| Buy with  Pay |

♡ Like and save for later    ⊕ Add To Bundle

♡ Like    💬 Comment    ↪ Share      ⚑ Report

14C dark red caviar Chanel boy bag in small size with ruthenium hard ware.

| CATEGORY | | | COLOR |
|---|---|---|---|
| Women | Bags | Mini Bags | ● Red |

**OTHER BAGS YOU MAY LIKE**





POSHMARK

Listings ▾ | Search Listings

Log in | Sign up

POSH MARKETS
All ▾

Women | Men | Kids | Home | Electronics | Pets | Beauty & Wellness | Brands | Parties | Posh Shows

HOW IT WORKS | SELL ON POSHMARK

✓ FREE authentication and FREE shipping included

Home / CHANEL / Bags

gingerellla
Updated Jan 24

## Double flap black caviar medium Chanel

CHANEL

**$8,000** ~~$6,000~~

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More.

SIZE

OS

**Buy Now**

♡ Like and save for later    🏷 Add To Bundle

♡ Like | 💬 Comment | ↻ Share     🚩 Report

Beautiful Chanel medium double flap caviar!

Authentic in excellent condition.

**OTHER BAGS YOU MAY LIKE**

CATEGORY

COLOR

Women   Bags

● Black   ● Gold



**Item**

Authenticity Guarantee

## Chanel 1996 Vintage Caramel Beige Tortoise Classic Flap Bag Lambskin 68030

Boutique Patina (934)
100% positive feedback

**$6,190.00**

As low as $297.17/mo with Klarna. ›

Free shipping
Est. delivery Fri, Sep 19 - Thu, Sep 25　›

Pre-owned - Good ⓘ

⚡ People want this. 22 people are watching this.

## Authenticity Guarantee　　　　　　　Learn more

🛒　　　　🚚　　　　📑　　　　🗄
Make a purchase　Seller ships to eBay　Experts authenticate　eBay ships to you

## About this item

Pre-owned - Good

"Please see area in ITEM DESCRIPTION f..."



POSHMARK

Listings ▾ | Search Listings

Log in | Sign up

POSH MARKETS All ▾ | Women   Men   Kids   Home   Electronics   Pets   Beauty & Wellness   Brands   Parties   Posh Shows

HOW IT WORKS   S   SELL ON POSHMARK

✓ FREE authentication and FREE shipping included

Home / CHANEL / Bags / Shoulder Bags





hasik
Updated Jan 02

## Chanel City Rock Goatskin Metallic flap bag.

CHANEL

### $9,900

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More .

SIZE

Length: 14in Width: 4in Height: 8in

**Buy Now**

Buy with  Pay

♡ Like and save for later          Add To Bundle

♡ Like      💬 Comment      ⤳ Share                    Report

Like new condition. Still has the blue protective wraps.Authentic CHANEL Metallic Goatskin Large City Rock Flap Bag with antique hardware. This sophisticated shoulder bag is created of goatskin leather.The bag features silver/antique chain link shoulder straps threaded with metallic leather and a frontal flap with a silver/antique Chanel CC logo. Black interior..This is an excellent shoulder bag with the timeless, one of a kind style of Chanel!

OTHER BAGS YOU MAY LIKE

   



10 56 PM Fri Sep 12

CLEARANCE













CHANEL

# CHANEL CAVIAR QUILTED GRAND SHOPPING TOTE BAG

~~$5,400.00~~  $3,400.00  Save $2,000.00

COLOR — IVORY

○

SOLD OUT

✕  Pickup currently unavailable at **CAROLINE'S FASHION LUXURIES CHERRY HILL**

Check availability at other stores

Shop now. Pay later.
Always interest-free.

afterpay



CHANEL CAVIAR QUILTED GRAND SHOPPING TOTE BAG IN CREAM
PRELOVED-GREAT CONDITION

This GST tote is crafted of diamond quilted caviar leather in Off-White. It features leather threaded polished Siver-tone chain-link shoulder straps with shoulder pads, a quilted Chanel CC logo on the front, and a flat pocket on the rear. The





**whatnot**    Home    Browse    Search Whatnot

Sign in with Google

Use your Google Account
to sign in to Whatnot

No more passwords to
remember. Signing in is fast,
simple and secure.

Continue

Chanel Black

Unavailable · Shoulder Ba...

**$2,380.00** + shipping + t...

willowivyandoak

| ★4.9 | 681 | 1.6K |
| Rating | Reviews | Sold |

## Product Details

14xxxxxx serial number. Light dirt in chain. Bid responsibly no exchanges no refunds no returns. Listen for callouts.

| Type | Shoulder Bags |
|------|---------------|
| Condition | Very Good |
| Brand | Chanel |
| Material | Leather |
| MSRP | 4200 to 6700 |

*Willow Ivy & Oak*
LUX MAKEUP.



Prices include all duties & tariffs

Womenswear    Menswear    Kidswear

# FARFETCH

New in   Brands   Clothing   Shoes   Bags   Accessories   Jewelry   Homeware   Pre-owned   Sale

What are you looking for?




**Last 1 left** — make it yours!

Pre-Owned
## CHANEL Pre-Owned
2006-2008 small Timeless tote bag

~~$6,396~~ **$5,129** Import duties included
`-20%`

One Size available

| Add To Bag | Wishlist ♡ |

 Pay

Estimated delivery
Sep 19 - Sep 23

Free shipping on orders over $200 | Plus free returns for 30 days





Listings ▾   Search Listings

Log in | Sign up

POSH MARKETS
All ▾

Women   Men   Kids   Home   Electronics   Pets   Beauty & Wellness   Brands   Parties   Posh Shows

HOW IT WORKS   SELL ON POSHMARK

✅ FREE authentication and discounted shipping included

Home / CHANEL / Bags / Shoulder Bags

_stylistcloset
Updated Jul 08

## Chanel Embossed Quilted Paris-Moscou Moujik Flap Bag

**CHANEL**

## C$6,250

🚚 Discounted Shipping

SIZE   **US OS**

Buy Now

Buy with  Pay

♡ Like and save for later     🛍 Add To Bundle

♡ Like    💬 Comment    ↻ Share       ⚐ Report

Chanel Metallized Effect Embossed Quilted Paris-Moscou Moujik Flap Bag

Includes: Dust bag, authenticity card and booklet

Condition: Good

**OTHER BAGS YOU MAY LIKE**



**POSHMARK**

Listings ▾ | Search Listings | 🔍

Log in | Sign up

POSH MARKETS
All ▾

Women   Men   Kids   Home   Electronics   Pets   Beauty & Wellness   Brands   Parties   Posh Shows

HOW IT WORKS   ⊙ SELL ON POSHMARK

✓ FREE authentication and FREE shipping included

Home / CHANEL / Bags / Shoulder Bags



justbag_net
Updated May 15

# Chanel Half Moon Chain Shoulder Bag Coco Mark Wallet Leather Metallic Black

Chanel

## $6,999  ~~$10,499~~

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More .

SIZE   **OS**

**Buy Now**

Buy with  **◻ Pay**

♡ Like and save for later      🔲 Add To Bundle

♡ Like      💬 Comment      ↩ Share                  ⚑ Report

OTHER BAGS YOU MAY LIKE

Chanel Half Moon Chain Shoulder Bag Coco Mark Wallet Leather Metallic Black
Chanel Half Moon Chain Shoulder Bag Coco Mark Wallet Leather Metallic Black Ladies
width 23cm
height (median) 12cm



11:30 PM  Fri Sep 12
us.vestiairecollective.com

## Vestiaire Collective

Search by brand, item

Sell an item     Sign in     Sign up

New Arrivals    Designers    Women    Men    Children    Bags    Jewelry & Watches    Vintage    We Love    Sale    About Us

Home > Chanel > Women Bags > Handbags > Crossbody bags > Chanel Handbags > Chanel Timeless/Classique leather crossbody bag



# Chanel

Timeless/classique leather crossbody bag

We Love    Vintage

21 ♡

**$4,795** ⓘ

Duties calculated at checkout

**Very good condition** More info

**Black, Leather**

🛡 Physical authentication included

Pay with Affirm on orders over $50  affirm ⓘ

| Add to Bag | Make an Offer |
|---|---|

📍 Sweden, from the seller A Retro Tale  More info

✓ Authenticity & Quality Control  More info

Listed by A Retro Tale

ART

## Details



Filed 09/17/25     Case 25-23916     Doc 15

Item

Authenticity Guarantee

**BNWT RARE 21K Authentic Chanel Iridescent Pink CC WOC Wallet On Chain Handbag**

Little Luxuries Packaging Inc. (2107)
100% positive feedback

**$4,500.00**

Final sale ⓘ

As low as $216.04/mo with Klarna. ⟩

$28.25 shipping
Est. delivery Tue, Sep 23 - Tue, Sep 30

Condition          New with tags ⓘ

⚡ People want this. 26 people are watching this.



Buy It Now

Add to cart

Make Offer

♡ Add to Watchlist

Learn more

eBay ships to you

Experts authenticate

Seller ships to eBay

Make a purchase

**Authenticity Guarantee**

**About this item**

Q Search





## POSHMARK

Listings ▾ | Search Listings | 🔍                                      Log in | Sign up

**POSH MARKETS**
**All** ▾ | Women | Men | Kids | Home | Electronics | Pets | Beauty & Wellness | Brands | Parties | Posh Shows      HOW IT WORKS   Ⓢ SELL ON POSHMARK

✓ FREE authentication and FREE shipping included

Home / Louis Vuitton / Bags / Shoulder Bags

**justbag_net**
Updated Jun 22

# Louis Vuitton Graffiti Monogram Orange Keepall Bag

## Louis Vuitton

## $13,186  ~~$13,845~~

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More .

**SIZE**

OS

[ Buy Now ]

[ Buy with  Pay ]

♡ Like and save for later      🛍 Add To Bundle

♡ Like   💬 Comment   ↪ Share                    ⚐ Report

Louis Vuitton Keepall Bag Monogram Graffiti Orange

**CATEGORY**          **COLOR**

**OTHER BAGS YOU MAY LIKE**

Women   Bags   Shoulder Bags        ○ Orange



10:20 PM  Fri Sep 12

grailed.com

GRAILED

Search for anything　　　　　SEARCH

SELL　　SIGN UP　　LOG IN

Louis Vuitton › Louis Vuitton Menswear › Louis Vuitton Accessories › Louis Vuitton Bags Luggage › LV 2008 MURAKAMI CAMO KEEPALL 55 SZ:OS













**Louis Vuitton**

LV 2008 MURAKAMI CAMO KEEPALL 55 SZ:OS

Men's ONE SIZE  ·  Gently Used

Located in Other

**$14000**

93

+ $80 Shipping — EU to _United States_ ⌄

| PURCHASE |
| OFFER |
| MESSAGE |

**Seller Description**

LOUIS VUITTON MURAKAMI CAMO KEEPALL 55. ONE OF THE MOST ICONIC KEEPALLS EVER CREATED.

VERY GOOD CONDITION

APART OF SOME RUST (OXYDATION) ON THE METAL HARDWARE.

———————————————————

● Multi

**Similar Listings**　　　　　　　SEE ALL →

G

Grailed iOS App
Unlock exclusive features.
★★★★★ (122K)

DOWNLOAD



10:21 PM  Fri Sep 12    poshmark.com    10%

⊘ FREE authentication and FREE shipping included

Home / Louis Vuitton / Bags / Totes

nsupernova
Updated Mar 07

# LOUIS VUITTON TRESSAGE TOTE Rare Reverse Monogram

**Louis Vuitton**

## $3,142 ~~$4,100~~

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More .

SIZE

**OS**

**Buy Now**

**Buy with  Pay**

♡ Like and save for later    ⊕ Add To Bundle

♡ Like    💬 Comment    ⇄ Share    ⚑ Report

**OTHER BAGS YOU MAY LIKE**

Creative Director Nicolas Ghesquiere has combined the shapes of the iconic Alma and Lockit to create the edgy yet high-end new Tressage Tote. In luxurious calf leather woven with Monogram Reverse canvas, this distinctive bag instantly brings a fashionable touch to any outfit. The shoulder strap and side zip closures add a sporty vibe.

Log in | Sign up



10:19 PM   Fri Sep 12

poshmark.com

# POSHMARK

Listings ▾ | Search Listings | 🔍

Log in | Sign up

POSH MARKETS
All ▾

Women    Men    Kids    Home    Electronics    Pets    Beauty & Wellness    Brands    Parties    Posh Shows

HOW IT WORKS    SELL ON POSHMARK

✓ FREE authentication and FREE shipping included

Home / Louis Vuitton / Bags / Crossbody Bags



**3** bagriculture
Updated May 25

## Louis Vuitton Red Monogram Dora PM Dome 2way Satchel Bag 10lk516s

Louis Vuitton

## $3,076

🚚 **FREE** Shipping

Buy now, pay later with **PayPal**. Learn More .

SIZE

| 12"L x 5.5"W x 8"H |

**Buy Now**

♡ Like    💬 Comment    ↻ Share    ⚑ Report

♡ Like and save for later    🏷 Add To Bundle

**OTHER BAGS YOU MAY LIKE**

Louis Vuitton Red Monogram Dora PM Dome 2way Satchel Bag 10lk516s
Date Code/Serial Number: DU4174
Made In: France
Measurements: Length: 12" Width: 5.5" Height: 8"
Shoulder Handle Drop: 17.5"-19.5"

# Exhibit 13

Records of Rosemary's luxury Costa Rica vacation trip while on FMLA leave.



# Rosemary Jamison's Costa Rica Vacation

### Rosemary's Costa Rica Volcano and Beach Getaway

**Id:** 925807
**Name:** Rosemary Jamison
**Dates:** Jun 05, 2025 - Jun 10, 2025
**People:** 2 Adults, 2 Children

In country support contact information
**While in Costa Rica:** 4002-3661
**USA:** +1 678 827 3891
**E-mail:** travelexperience@namutravel.com
**8:00am to 5:00pm:** Facebook Messenger @CRVTE
**24-hour emergency helpline:** 4002-3661

Travelers

- Rosemary Jamison
- Brady Jamison
- Cheyann Olson-Rushton
- Emery Jamison

Flights Details

Arrival Flights (To Costa Rica)

- 1372 AS - LAX - LIR
  Date: June 5, 2025, 6:20
  Travelers: Rosemary Jamison, Brady Jamison, Cheyann Olson-Rushton, Emery Jamison

Departure Flights (From Costa Rica)

- 1331 AS - LIR - LAX
  Date: June 10, 2025, 11:20
  Travelers: Rosemary Jamison, Brady Jamison, Cheyann Olson-Rushton, Emery Jamison

Day 1: Jun 5, 2025

Service: Peace of Mind Vacation Coverage - Per Itinerary (Qty: 1)

Service: LIR Meet & Greet - 24/7 In-Country Support (Qty: 1)

**Confirmation ID: 317673**

"Upon arrival, please proceed to Immigration and Customs and then exit the building where your greeter will meet you with a sign with your name on it and a green flag."

Transfer: Daniel Oduber Int Airport / LIR - Arenal: Private Transfer - 1-8 People (Qty: 1)

**Confirmation ID: 317673**      **Pick Up Time: 6:20 AM**

Tour: Canopy Tour - Per Person (Qty: 4)

**Confirmation ID: GOA45608**      **Pick Up Time: 2:40 PM**

We'll pick you up from your hotel in La Fortuna and take you to the Go Adventure Park for an exhilarating zip line experience across our 9 cables and 10 platforms, offering stunning views of the Arenal River Canyon and the surrounding rainforest. While here, you might get a chance to spot local wildlife like monkeys, toucans, hummingbirds, and sloths. For an extra thrill afterwards, you can opt for a 50-meter high rappel before returning you to your hotel.

Please note that sandals are not allowed during the tour. The experience is not suitable for pregnant women, people with recent operations or spine problems, or those weighing over 224 pounds (110 kilos). If you want to stay for a while and enjoy the hot springs at our Montaña del Fuego base, you certainly can.

Minimum: 2 people

Age limit: 6 years old

Your tour includes: Equipment, bilingual guides, transportation, entrance fees, lockers

What to bring: Long pants, closed shoes, sunscreen, insect repellent, towel and swimsuit (if you want to enjoy the hot springs)

Duration: 2 hours

Lodging: The Springs Resort & Spa - Vista Guest Room (Qty: 1)

+ The Springs Resort & Spa - Child 3-12 (Qty: 2)

**Confirmation ID: 54828**

Day 2: Jun 6, 2025
*Staying at: The Springs Resort & Spa - Vista Guest Room (Qty: 1)*
*Staying at: The Springs Resort & Spa - Child 3-12 (Qty: 2)*

## Tour: Horseback Riding To Fortuna Waterfall - Adult (Qty: 2)

**Confirmation ID: ECLO199305**　　　　　　　**Pick Up Time: 7:20 AM**

This is a combination of horseback riding and hiking offering excellent views of the Arenal area in a unique setting. Discover the nature that surrounds the tropical rain forest. After receiving the safety instructions, you'll start the journey with a 3 km distance on horseback between regeneration forests, pastures and along the main road towards the Waterfall. On the way, you'll pass a 400 hectares private farm, and should be to spot toucans, oriels, a great variety of flora and fauna. Throughout the tour you'll visit different lots of cattle and we will cross 3 different rivers in the area.

The horses are trained to take you all the way to the waterfall through green areas of pastures, forests and high hills. The views of the San Carlos plains and the tropical forest surrounding the waterfall and the trails themselves are spectacular. At the end of the path, the horses will drop you off at the entrance of the path that leads to the base of the waterfall, which is 70 meters high.
Be aware it is a good hike to get to the bottom of the waterfall and a hike to get back up!

This experience suitable for people of all ages that are in good shape. Having experience is not a requirement, our guides will give you the basic rules and the confidence to start the tour. The horses are strong and healthy, making the journey very pleasant.

Age limit: 8+

Weight limit: 240lbs max

Tour includes: transportation, guide, horse, entrance fee

What to bring: wear comfortable clothes and long pants, closed shoes, hat, sunscreen, swimsuit and towel

Duration: 4 hrs

## Tour: Horseback Riding To Fortuna Waterfall - Child 7-11 Years Old (Qty: 2)

**Confirmation ID: ECLO199305**　　　　　　　**Pick Up Time: 7:20 AM**

This is a combination of horseback riding and hiking offering excellent views of the Arenal area in a unique setting. Discover the nature that surrounds the tropical rain forest. After receiving the safety instructions, you'll start the journey with a 3 km distance on horseback between regeneration forests, pastures and along the main road towards the Waterfall. On the way, you'll pass a 400 hectares private farm, and should be to spot toucans, oriels, a great variety of flora and fauna. Throughout the tour you'll visit different lots of cattle and we will cross 3 different rivers in the area.

The horses are trained to take you all the way to the waterfall through green areas of pastures, forests and high hills. The views of the San Carlos plains and the tropical forest surrounding the waterfall and the trails themselves are spectacular. At the end of the path, the horses will drop you off at the entrance of the path that leads to the base of the waterfall, which is 70 meters high.
Be aware it is a good hike to get to the bottom of the waterfall and a hike to get back up!

This experience suitable for people of all ages that are in good shape. Having experience is not a requirement, our guides will give you the basic rules and the confidence to start the tour. The horses are strong and healthy, making the journey very pleasant.

Age limit: 8+

Weight limit: 240lbs max

Tour includes: transportation, guide, horse, entrance fee

What to bring: wear comfortable clothes and long pants, closed shoes, hat, sunscreen, swimsuit and towel

Duration: 4 hrs

Service: The Springs Resort & Spa - Breakfast - Adults (Per Person, Per Day) (Qty: 2)

*Confirmation ID: 54828*

Service: The Springs Resort & Spa - Breakfast - Children 3-12 (Per Person, Per Day) (Qty: 2)

*Confirmation ID: 54828*

Day 3: Jun 7, 2025
*Staying at: The Springs Resort & Spa - Vista Guest Room (Qty: 1)*
*Staying at: The Springs Resort & Spa - Child 3-12 (Qty: 2)*

Service: The Springs Resort & Spa - Breakfast - Adults (Per Person, Per Day) (Qty: 2)

*Confirmation ID: 54828*

Service: The Springs Resort & Spa - Breakfast - Children 3-12 (Per Person, Per Day) (Qty: 2)

*Confirmation ID: 54828*

Tour: Private - Arenal Hanging Bridges Tour - Child 5-11 Years Old (Qty: 2)

*Confirmation ID: ECLO199305*      *Pick Up Time: 2:45 PM*

We'll pick you up from your hotel for a private, immersive rainforest experience at the Hanging Bridges Forest Reserve, a 243-hectare (600-acre) protected area. Your adventure takes place on a 3.1 km (2 mi.) circuit trail featuring 15 impressive bridges—some suspended over the canopy and others stationary—offering different perspectives of the tropical ecosystem.

As you walk with your guide along the relatively simple terrain with some short slopes, you'll have excellent views of the treetops, making it easier to spot wildlife. The forest is home to three different monkey species, numerous birds, snakes, peccaries, and frogs, among other creatures. After completing the circuit, you'll enjoy a delicious tropical fruit snack with views of Arenal Volcano before returning to La Fortuna.

Minimum: 1 person

Age limit: None

Your tour includes: Transportation, guide, park entrance, water, snacks

What to bring: Bug repellent, camera, binoculars, secure shoes, rain gear

Duration: 4 hours

Tour: Private - Arenal Hanging Bridges Tour - Adult (Qty: 2)

**Confirmation ID: ECLO199305**      **Pick Up Time: 2:45 PM**

We'll pick you up from your hotel for a private, immersive rainforest experience at the Hanging Bridges Forest Reserve, a 243-hectare (600-acre) protected area. Your adventure takes place on a 3.1 km (2 mi.) circuit trail featuring 15 impressive bridges—some suspended over the canopy and others stationary—offering different perspectives of the tropical ecosystem.

As you walk with your guide along the relatively simple terrain with some short slopes, you'll have excellent views of the treetops, making it easier to spot wildlife. The forest is home to three different monkey species, numerous birds, snakes, peccaries, and frogs, among other creatures. After completing the circuit, you'll enjoy a delicious tropical fruit snack with views of Arenal Volcano before returning to La Fortuna.

Minimum: 1 person

Age limit: None

Your tour includes: Transportation, guide, park entrance, water, snacks

What to bring: Bug repellent, camera, binoculars, secure shoes, rain gear

Duration: 4 hours

## Day 4: Jun 8, 2025

Service: The Springs Resort & Spa - Breakfast - Adults (Per Person, Per Day) (Qty: 2)

**Confirmation ID: 54828**

Service: The Springs Resort & Spa - Breakfast - Children 3-12 (Per Person, Per Day) (Qty: 2)

**Confirmation ID: 54828**

Transfer: Arenal - Guanacaste Beaches: Private Transfer - 1-8 People (Qty: 1)

**Confirmation ID: 317674**      **Pick Up Time: 10:30 AM**

Lodging: The Westin Playa Conchal - Family Junior Suite Double (Qty: 1)

+ Westin Resort and Spa (Early Booking Bonus) - Child 6-12 (Qty: 2)

**Confirmation ID: 85572613**

## Day 5: Jun 9, 2025
*Staying at: The Westin Playa Conchal - Family Junior Suite Double (Qty: 1)*
*Staying at: Westin Resort and Spa (Early Booking Bonus) - Child 6-12 (Qty: 2)*

Tour: ATV Tour - Double ATV (2.5 hrs) (Qty: 2)

*Pick Up Time: 8:30 AM*

Traverse the back roads of Guanacaste in an ATV tour that lets you explore the local landscape and culture by venturing into it! This tour shows you a variety of locations, such as local villages, rivers, hills, and beaches.

A driver picks you up at the hotel and takes you on an approximate 15-minute trip to the location where the tour starts. Gear up with the necessary equipment and prepare for the briefing session. Afterwards, do a test drive for about 15-20 minutes. Then you're ready to drive by yourself and follow your guide into this countryside adventure.

Drive along Costa Rica's Golden Coast while you admire the local nature and culture. Run by cattle fields, crop fields, small towns, wooded areas, and secluded sandy beaches on your trip. Stop along the way at strategic lookout points for photographs and also at the beach to take a dip in the water. If you want, you can also put on snorkeling gear to explore the ocean floor and spot as many creatures as you can.(this is optional if the weather conditions allows it) During the trip you might even stop at one of the towns for a refreshing drink!

Enjoy some fruits on the way as well, and then return to the point where you started to head back to the hotel and continue your vacation.

This tour is good for both beginners and seasoned drivers alike, and it demands low to moderate physical activity. To drive, you must be at least 16 years old. The minimum age to be a passenger is 4 years old, and an adult must stay with the child at all times.

The tour includes: Safety equipment, bilingual guides, fruits, bottle of water, basic snorkeling gear (optional).

What to bring: Towel, camera, sunblock, pocket money, bugspray. Wear a swimsuit.

Duration: Tour time approx 2.5 hrs of 4hrs depending on selected tour with transportation.



Day 6: Jun 10, 2025

Transfer: Guanacaste Beaches - Daniel Oduber Int Airport / LIR: Private Transfer - 1-8 People (Qty: 1)

*Confirmation ID: 317675*      *Pick Up Time: 7:20 AM*

Service: Thank you for traveling with us - Per Itinerary (Qty: 1)

In country support contact information
**While in Costa Rica:** 4002-3661
**USA:** +1 678 827 3891
**E-mail:** travelexperience@namutravel.com
**8:00am to 5:00pm:** Facebook Messenger: @CRVTE
**24-hour emergency helpline:** 4002-3661

# Exhibit 14

Additional evidence, exhibits, audio, video recordings, and sworn testimony to be filed later.