**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                  )    Case No. 25-23916-B-7
                                    )
ROSEMARY RONNEL JAMISON,      )
                                    )
                                    )
                       Debtor(s).   )
_____ )

**ORDER DENYING EX PARTE MOTION FOR ORDER SHORTENING TIME**

      On September 17, 2025, Charles Jamison ("Movant"), the purported spouse of debtor Rosemary Ronnel Jamison, filed an *Ex Parte Motion to Shorten Time on Hearing for Motion to Dismiss Bankruptcy for Fraud.* Mr. Jamison requests that his motion to dismiss this chapter 7 case with prejudice be heard on September 23, 2025, i.e. 4 court days from the date of this order. He also asks the court to order oppositions, presumably to the motion to dismiss, due 2-3 days prior to the shortened-time hearing which would make oppositions due the date of or the date after this order.

      Given the extent of the allegations in the motion to dismiss, the ex parte motion for a order shortening the time to hear the motion to dismiss is **DENIED**. The motion to dismiss will **not** be heard on September 23, 2025, as requested.

      Given the allegations that the Debtor failed to schedule or is concealing significant assets of potential value, the **chapter 7 is DIRECTED** to make further inquiry of the Debtor, or otherwise further investigate the allegations in the motion to dismiss,

through a Rule 2004 examination or otherwise. The chapter 7 trustee shall file a report of further inquiry or investigation by **October 21, 2025**.

A hearing on the motion to dismiss will be held on **December 2, 2025, at 11:00 a.m.** The hearing on December 2, 2025, at 11:00 a.m. may be a status conference and a further hearing may be set if the court determines an evidentiary hearing is necessary. Movant shall serve the motion to dismiss on Debtor's attorney of record and shall file a certificate of service by **September 22, 2025.**

The following briefing schedule will apply:

(1) Debtor may file and serve an opposition, and any other party in interest may file and serve a response, to the motion to dismiss by **October 21, 2025**.

(2) Movant may file and serve a reply by **November 4, 2025.**

Nothing further shall be filed after the reply.

**No discharge shall be entered without further order of the court.**

**IT IS SO ORDERED.**

**Dated:** September 17, 2025

Christopher D. Jaime, Judge
United States Bankruptcy Court

- 2 -

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Le'Roy Roberson
PO Box 6013
North Hollywood CA 91603

Nikki B. Farris
2607 Forest Ave #120
Chico CA 95928

Charles Jamison
9580 Oak Ave Parkway, #7-184
Folsom CA 95630