**3**

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for NIKKI B. FARRIS,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ROSEMARY RONNEL JAMISON,<br><br>              Debtor. | Case No. 25-23916<br>Chapter 7<br><br>DCN: KMT-1<br><br>**DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF APPLICATION TO EMPLOY KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD PURSUANT TO AN HOURLY FEE AGREEMENT** |

I, Gabriel P. Herrera, declare:

1.      I am an attorney duly admitted to practice before this court.  I am a shareholder with the law firm of Kronick, Moskovitz, Tiedemann & Girard ("KMTG"), proposed attorneys for Nikki B. Farris ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of ROSEMARY RONNEL JAMISON ("Debtor").  Unless stated otherwise, this declaration is based upon my own personal knowledge and if called as a witness, I could and would competently testify to the facts set forth herein.  I make this declaration in support of the Application to Employ KMTG Pursuant to an Hourly Fee Agreement.

2.      The Trustee has requested that KMTG serve as the estate's general counsel to, among other things, assist the Trustee with investigating and potentially liquidating potential assets of the estate that may have been concealed.

DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF APPLICATION TO EMPLOY KRONICK,
MOSKOVITZ, TIEDEMANN & GIRARD PURSUANT TO AN HOURLY FEE AGREEMENT

3.     The terms of the employment consist of an hourly fee per lodestar for all services. KMTG attorneys are experienced and well qualified to handle complex bankruptcy matters. I will be the primary attorney handling the matter for the Trustee. I have served as counsel for bankruptcy trustees since I was licensed with the state bar and have worked on numerous cases for bankruptcy trustees. Moreover, I have handled various other complex bankruptcy matters for financial institutions, secured creditors, and unsecured creditors. I have and/or currently represent parties before the Eastern District of California, Northern District of California, Central District of California, and have been admitted pro hac vice in the District of Oregon. I also serve as the Chair for the Sacramento County Bar Association Bankruptcy and Commercial Law Section and was on the Board for the Sacramento Valley Bankruptcy Forum.

4.     Bret R. Rossi an attorney with approximately 30 years of experience and a certified bankruptcy specialist may also be involved in this matter for KMTG.

5.     Currently, the hourly rates and fee ranges of KMTG attorneys who may work on this matter are:

| | |
|---|---|
| Gabriel P. Herrera | $375 (reduced rate) |
| Bret R. Rossi | $425 |
| Shareholders/Of Counsel/Senior Counsel | $380-$690 |
| Senior Associates | $325-$475 |
| Associate Attorneys | $275-$425 |
| Paralegals | $190-$265 |
| Law Clerk/Document Clerk | $190-$265 |

6.     It is my opinion that an hourly fee agreement is in the best interest of the bankruptcy estate. A copy of the hourly fee agreement is filed herewith as **Exhibit A**.

7.     I have caused a conflicts check to be performed on behalf of KMTG. The names checked by KMTG's staff include the names of the Debtor, the United States Trustee, and the names of all of the persons or entities listed on the creditors' mailing matrix.

8.     I have represented the Trustee and other bankruptcy trustees in connection with their duties as trustee in bankruptcy matters unrelated to this case. The United States Trustee and persons

employed by the Office of the United States Trustee have also been involved in those matters. In addition, KMTG and I have been involved in matters on behalf of creditors, unrelated to this case, in which the Trustee and other trustees have been and are involved.

9.    Le'Roy Roberson is counsel for Debtor. KMTG has been involved in matters, unrelated to this case, in which Mr. Roberson was involved.

10.    Bank of America, Capital One, Citibank, and Wells Fargo Bank are listed on the matrix. Certain members of KMTG, including myself, have deposit and/or credit accounts with these entities.

11.    Dignity Health is listed on the matrix. Dignity Health was a prior client of a former attorney at KMTG. Dignity Health is no longer a client and no conflicts are anticipated.

12.    Except as set forth above, KMTG and its members have no connections with the Debtor, creditors, or any party-in-interest, their respective attorneys, accountants, or the U.S. Trustee, or any employee of the U.S. Trustee. Each member of KMTG is a disinterested person as that term is defined in 11 U.S.C § 101(14).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of September, 2025, at Sacramento, California.

_____
GABRIEL P. HERRERA

DECLARATION OF GABRIEL P. HERRERA IN SUPPORT OF APPLICATION TO EMPLOY KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD PURSUANT TO AN HOURLY FEE AGREEMENT