**3**

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for NIKKI B. FARRIS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ROSEMARY RONNEL JAMISON,<br><br>Debtor. | Case No. 25-23916<br>Chapter 7<br><br>DCN: KMT-2<br><br>***EX PARTE* APPLICATION FOR AUTHORITY TO ISSUE DISCOVERY PURSUANT TO FRBP 2004** |

NIKKI B. FARRIS ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of ROSEMARY RONNEL JAMISON ("Debtor"), hereby applies for authority to conduct discovery on the Debtor, Lori Santiago, and Edward Santiago concerning the Debtor's assets, including but not limited to real property generally located at 6100 Stonehand Ave. and 6003 Kuvasz Court, Citrus Heights, CA, jewelry and purses owned by the Debtor, household furnishings, and insurance proceeds, pursuant to Federal Rule of Bankruptcy Procedure 2004 ("FRBP 2004"). In support of this application, the Trustee submits the following:

**RELEVANT FACTS**

1. On or about July 30, 2025, the Debtor commenced the above-captioned bankruptcy case by the filing of a voluntary Chapter 7 petition. The Trustee is the duly appointed Chapter 7 trustee for the Debtor's bankruptcy estate.

/ / /

/ / /

2.	On or about September 2, 2025, the Trustee filed a Report of No Distribution, having no reason to believe there were any inaccuracies or undisclosed assets in the Debtor's Schedules and Statement of Financial Affairs.

3.	On or about September 17, 2025, the Debtor's former spouse ("Former Spouse") filed a motion, identifying several aspects of potential fraud. The Former Spouse claims that there are significant undisclosed assets in the bankruptcy case.

4.	The Trustee has been in contact with the Former Spouse in order to investigate the claims made. The Trustee understands that there are claims that the Debtor's parents, Lori Santiago and Edward Santiago, may be holding bare legal title to real properties that are actually owned by the Debtor and the Former Spouse.

5.	The Trustee has withdrawn the Report of No Distribution.

**RELIEF SOUGHT**

The Trustee seeks authority to conduct discovery on the Debtor, Lori Santiago, and Edward Santiago concerning the Debtor's assets, including but not limited to real property generally located at 6100 Stonehand Ave. and 6003 Kuvasz Court, Citrus Heights, CA, jewelry and purses owned by the Debtor, household furnishings, and insurance proceeds. Pursuant to FRBP 2004, the court may order examination of any entity, if the examination relates to the debtor's acts, conduct, or property, the debtor's liabilities and financial condition, any matter that may affect the administration of the estate, or the debtor's right to a discharge. A court has discretionary power under FRBP 2004, and FRBP 2004 is generally regarded as a "fishing expedition." See 9 COLLIER ON BANKRUPTCY ¶ 2004.01[2].

Here, the requested order specifically relates to the acts, conduct, and property of the Debtor. The Former Spouse has identified numerous aspects of potential fraud that the Trustee seeks to investigate. Indeed, there are claims related to properties potentially owned by the Debtor that were transferred to her parents, and potential undisclosed assets. Consequently, an order pursuant to FRBP 2004 is warranted.

/ / /

/ / /

**WHEREFORE,** the Trustee prays that the Application be granted, and for such other and further relief as the Court deems necessary and proper.

DATED: September 24, 2025

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: _____
Gabriel P. Herrera
Attorneys for NIKKI B. FARRIS,
Chapter 7 Trustee