GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for NIKKI B. FARRIS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ROSEMARY RONNEL JAMISON,<br><br>Debtor. | Case No. 25-23916<br>Chapter 7<br><br>DCN: KMT-2<br><br>**DECLARATION OF NIKKI B. FARRIS IN SUPPORT OF *EX PARTE* APPLICATION FOR AUTHORITY TO ISSUE DISCOVERY PURSUANT TO FRBP 2004** |

I, Nikki B. Farris, declare:

1. I am the duly appointed Chapter 7 trustee for the bankruptcy estate of ROSEMARY RONNEL JAMISON ("Debtor"). I make this declaration in support of the *ex parte* application for authority to issue discovery on the Debtor, Lori Santiago, and Edward Santiago concerning the Debtor's assets, including but not limited to real property generally located at 6100 Stonehand Ave. and 6003 Kuvasz Court, Citrus Heights, CA, jewelry and purses owned by the Debtor, household furnishings, and insurance proceeds, pursuant to Federal Rule of Bankruptcy Procedure 2004 ("FRBP 2004"). If called as a witness, I could and would testify competently to the facts stated herein.

2. The docket in this bankruptcy case reflects that on or about July 30, 2025, the Debtor commenced the above-captioned bankruptcy case by the filing of a voluntary Chapter 7 petition. I am the duly appointed Chapter 7 trustee for the Debtors' bankruptcy estate.

///

3. On or about September 2, 2025, I filed a Report of No Distribution, having no reason to believe there were any inaccuracies or undisclosed assets in the Debtor's Schedules and Statement of Financial Affairs.

4. On or about September 17, 2025, the Debtor's former spouse ("Former Spouse") filed a motion, identifying several aspects of potential fraud. The Former Spouse claims that there are significant undisclosed assets in the bankruptcy case.

5. I have been in contact with the Former Spouse in order to investigate the claims made. I understand that there are claims that the Debtor's parents, Lori Santiago and Edward Santiago, may be holding bare legal title to real properties that are actually owned by the Debtor and the Former Spouse.

6. I have withdrawn the Report of No Distribution.

7. In my opinion an order pursuant to FRBP 2004 is warranted because the requests relate to the acts, conduct, and property of the Debtor. The Former Spouse has identified numerous aspects of potential fraud that I seek to investigate. There are claims related to properties potentially owned by the Debtor that were transferred to her parents, and potential undisclosed assets.

I declare under penalty of perjury under the laws of the State of California that the foregoing to true and correct.

Executed this ___ day of September, 2025, Chico, California.

_____
NIKKI B. FARRIS

4932-9218-5195.1 014992.079

2

DECLARATION OF NIKKI B. FARRIS IN SUPPORT OF EX PARTE APPLICATION FOR AUTHORITY TO ISSUE DISCOVERY PURSUANT TO FRBP 2004