**2**

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for NIKKI B. FARRIS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ROSEMARY RONNEL JAMISON,<br><br>        Debtor. | Case No. 25-23916<br>Chapter 7<br><br>DCN: KMT-2<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR AUTHORITY TO ISSUE DISCOVERY PURSUANT TO FRBP 2004** |

An application for authority to issue discovery pursuant to Federal Rule of Bankruptcy Procedure 2004 has been made by Nikki B. Farris ("Trustee"), Chapter 7 trustee for the bankruptcy estate of Rosemary Ronnel Jamison ("Debtor"). Upon consideration of the application and the record, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Trustee is authorized to examine the Debtor, Lori Santiago, and Edward Santiago concerning the Debtor's assets, including, but not limited to, real property generally located at 6100 Stonehand Ave. and 6003 Kuvasz Court, Citrus Heights, CA, jewelry and purses owned by the Debtor, household furnishings, and insurance proceeds, pursuant to Federal Rule of Bankruptcy Procedure 2004(a)-(c).

2. In connection with the examination, the Trustee is authorized to request, for inspection and copying, the production of documents relating to the Debtor's assets, including but not limited to real property generally located at 6100 Stonehand Ave. and 6003 Kuvasz Court, Citrus

4907-4355-5691.1 014992.079      1

Heights, CA, jewelry and purses owned by the Debtor, household furnishings, and insurance proceeds pursuant to Federal Rule of Bankruptcy Procedure 2004(a)-(c).

3. Attendance for examination and production of documentary evidence can be compelled in the manner provided in Federal Rule of Bankruptcy Procedure 9016 for the attendance of witnesses at a hearing or trial, pursuant to Federal Rule of Bankruptcy Procedure 2004(c).

**Dated:** September 25, 2025

Christopher D. Jaime, Judge
United States Bankruptcy Court

4907-4355-5691.1 014992.079

2

ORDER GRANTING EX PARTE APPLICATION FOR AUTHORITY
TO ISSUE DISCOVERY PURSUANT TO FRBP 2004