

Filed 09/25/25     Case 25-23916     Doc 29

1   Charles Clyde Jamison
2   9580 Oak Ave Parkway 7-184
3   Folsom, CA 95630
    (916) 878 8930
4   Catman916@ymail.com



FILED
SEP 25 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re

ROSEMARY RONNEL JAMISON,

Debtor.

Case No. 25-23916

Chapter 7

**EX PARTE APPLICATION**
**NOTICE OF MOTION AND MOTION FOR ORDER REQUIRING EXAMINATION AND PRODUCTION OF DOCUMENTS BY ROSEMARY JAMISON, LORI SANTIAGO. PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE. MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHARLES JAMISON IN SUPPORT THEREOF**

I, Charles Clyde Jamison declare:

1. Movant seeks discovery under Rule 2004 to investigate Debtor Rosemary Jamison's financial affairs, uncover concealed community property, trace fraudulent transfers, and examine third parties who possess knowledge concerning ownership and concealment of real property.

DECLARATION OF CHARLES CLYDE JAMISON IN SUPPORT OF ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS BY ROSEMARY JAMISON AND LORI SANTIAGO RULE FRBP 2004

Federal Rule of Bankruptcy Procedure 2004 authorizes examination of any entity regarding the acts, conduct, property, liabilities, or financial condition of the debtor, or any matter affecting administration of the estate. Courts emphasize its broad scope, often described as a 'fishing expedition,' for the legitimate purpose of uncovering assets and financial information.

Relief sought Debtor Rosemary Jamison to produce the following, by a date to be set by the Court:

- All federal and state income tax returns for tax years 2023 and 2024;
- All cell phone records, specifically call logs, from June 14, 2025 through September 23, 2025, from personal and work cellphone.
- All credit card statements from January 2022 to the present;
- All bank statements from January 2023 to the present;
- All FMLA leave documents, requests, approvals, and related records from 2020 through 2025;
- All Restoration Hardware (RH) credit card statements from January 2019 to the present.

Directing Lori Santiago to produce the following, by a date to be set by the Court:

- All cell phone records, specifically call logs, from May 1, 2025 to the present;
- All federal and state income tax returns for the past two (2) years;
- All monthly bills for the properties in dispute (including Stonehand Avenue and Kuvasz Court), from January 2023 to the present, including but not limited to: Mortgage statements; HELOC statements; Utility bills; Property tax bills.

Rosemary and Lori under oath, at a date and time to be set by the Court, specifically regarding the ownership, control, transfer, or concealment of the properties located at 6100 Stonehand Avenue and 6003 Kuvasz Court, as well as any other real property connected to the Debtor.

Authorizing issuance of subpoenas to compel compliance with the above requests for production

Retaining jurisdiction to consider additional requests for production and examination as further information is uncovered.

Granting such other and further relief as the Court deems just and proper

I, Charles Jamison, declare as follows:

DECLARATION OF CHARLES CLYDE JAMISON IN SUPPORT OF ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS BY ROSEMARY JAMISON AND LORI SANTIAGO RULE FRBP 2004

1. I am the Movant herein and a party in interest in the bankruptcy case of Rosemary Jamison.

2. I have personal knowledge of the matters set forth in this declaration.

3. I have strong evidence that the Debtor has concealed community property, engaged in fraudulent transfers, wire fraud and failed to disclose significant assets. This evidence includes but is not limited to:

- Transfers of ownership of the real properties located at 6100 Stonehand Avenue and 6003 Kuvasz Court to family members under the pretense of refinancing, while I continued to pay mortgages, taxes, and upkeep as the true owner;

- More than $800,000 in wire transfers made under coercion and false pretenses;

- Concealment of luxury assets, including a designer purse and jewelry collection with substantial market value, as well as high-value household furnishings;

- Evidence of undisclosed credit card and RH account activity inconsistent with her sworn schedules;

- Rosemary Jamison and Lori Santiago have a documented history of conspiring to file false domestic violence restraining orders (DVROs) for financial gain, not for protection. These DVROs were used strategically to break leases, avoid move-out fees, and manipulate court processes for monetary advantage. They are now employing the same fraudulent tactics on a larger scale involving real property and bankruptcy proceedings. Using both her past fraud scheme combined into one for over 1.8 million dollar payoff and commiting Bankruptcy Fraud at the same time while a Court Mediator for Placer County and a Government Employee.

- This current filing mirrors actions from the FBI mortgage fraud investigation, United States v. Jamison, Case No. 2:2011-cr-00028 (E.D. Cal.), where Rosemary Jamison was named as a suspect in fraudulent mortgage and bankruptcy activities from 2011–2017, which was the mastermind in a scheme that involved over 100 fraudulent

bankruptcy filings to stop trustee sales.

The requested document production and examinations are necessary to uncover the true state of the Debtor's financial affairs, establish the concealed transfers, and protect the interests of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DECLARATION OF CHARLES CLYDE JAMISON IN SUPPORT OF ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS BY ROSEMARY JAMISON AND LORI SANTIAGO  RULE FRBP 2004

1  I pray this request is granted as I have direct information and inside knowledge as this fraud as I
2  Dated: September 24, 2025
3  /s/ Charles Jamison
4  Movant

7  Dated this day of September 25th, 2025



Charles Clyde Jamison

28  DECLARATION OF CHARLES CLYDE JAMISON IN SUPPORT OF ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS BY ROSEMARY JAMISON AND LORI SANTIAGO RULE FRBP 2004

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 25-23916-B-7
        )
ROSEMARY RONNEL JAMISON,  )
        )
        )
        Debtor(s).  )
_____)

**ORDER DENYING EX PARTE MOTION FOR ORDER SHORTENING TIME**

On September 17, 2025, Charles Jamison ("Movant"), the purported spouse of debtor Rosemary Ronnel Jamison, filed an *Ex Parte Motion to Shorten Time on Hearing for Motion to Dismiss Bankruptcy for Fraud*. Mr. Jamison requests that his motion to dismiss this chapter 7 case with prejudice be heard on September 23, 2025, i.e. 4 court days from the date of this order. He also asks the court to order oppositions, presumably to the motion to dismiss, due 2-3 days prior to the shortened-time hearing which would make oppositions due the date of or the date after this order.

Given the extent of the allegations in the motion to dismiss, the ex parte motion for a order shortening the time to hear the motion to dismiss is **DENIED**. The motion to dismiss will **not** be heard on September 23, 2025, as requested.

Given the allegations that the Debtor failed to schedule or is concealing significant assets of potential value, the **chapter 7 is DIRECTED** to make further inquiry of the Debtor, or otherwise further investigate the allegations in the motion to dismiss,

1  through a Rule 2004 examination or otherwise. The chapter 7
2  trustee shall file a report of further inquiry or investigation
3  by **October 21, 2025**.
4      A hearing on the motion to dismiss will be held on **December
5  2, 2025, at 11:00 a.m.** The hearing on December 2, 2025, at 11:00
6  a.m. may be a status conference and a further hearing may be set
7  if the court determines an evidentiary hearing is necessary.
8  Movant shall serve the motion to dismiss on Debtor's attorney of
9  record and shall file a certificate of service by **September 22,**
10  **2025.**
11      The following briefing schedule will apply:
12    (1)  Debtor may file and serve an opposition, and any
      other party in interest may file and serve a
13         response, to the motion to dismiss by **October 21,**
      **2025**.
14
15    (2)  Movant may file and serve a reply by **November 4,**
      **2025.**
16      Nothing further shall be filed after the reply.
17      **No discharge shall be entered without further order of the**
18  **court.**
19      **IT IS SO ORDERED.**

**Dated:** September 17, 2025

Christopher D. Jaime, Judge
United States Bankruptcy Court

- 2 -

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Le'Roy Roberson
PO Box 6013
North Hollywood CA 91603

Nikki B. Farris
2607 Forest Ave #120
Chico CA 95928

Charles Jamison
9580 Oak Ave Parkway, #7-184
Folsom CA 95630