United States Bankruptcy Court
Eastern District of California

In re:                                                           Case No. 25-23916-B
Rosemary Ronnel Jamison                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                             User: auto                                   Page 1 of 2
Date Rcvd: Sep 30, 2025                     Form ID: L53                               Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosemary Ronnel Jamison, 201 American River Canyon Drive, Folsom, CA 95630-1582 |
| aty | + | Gabriel P Herrera, 1331 Garden Hwy, 2nd Floor, Sacramento, CA 95833-9755 |
| cr | + | Charles Jamison, 9580 Oak Ave Parkway, #7-184, Folsom, CA 95630-1888 |
| 24033187 | + | Charles Jamison, 6003 Kuvasz Court, Citrus Heights CA 95621-0983 |
| 24033195 | + | Mercy Medical Group, Attn Bankruptcy Dept, PO Box 748896, Los Angeles CA 90074-8896 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | ^ MEBN | Oct 01 2025 01:25:52 | Le'Roy Roberson, PO Box 6013, North Hollywood, CA 91603-6013 |
| tr | | + EDI: BNBFARRIS | Oct 01 2025 05:11:00 | Nikki B. Farris, 2607 Forest Ave #120, Chico, CA 95928-4394 |
| smg | | EDI: EDD.COM | Oct 01 2025 05:11:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 24033183 | + | EDI: BANKAMER | Oct 01 2025 05:11:00 | Bank of America, Attn Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 24033184 | | EDI: CALTAX.COM | Oct 01 2025 05:11:00 | CA Franchise Tax Board, Attn Personal Bankruptcy, MS A340, PO Box 2952, Sacramento CA 95812-2952 |
| 24033185 | + | EDI: CAPITALONE.COM | Oct 01 2025 05:11:00 | Capital One, Attn Bankruptcy, P O Box 30285, Salt Lake City UT 84130-0285 |
| 24033186 | + | EDI: CITICORP | Oct 01 2025 05:11:00 | Cbna, Attn Centralized Bankruptcy, Pob 790034, St Louis MO 63179-0034 |
| 24033188 | + | EDI: CITICORP | Oct 01 2025 05:11:00 | Citibank, Attn Bankruptcy Department, P O Box 790046, St Louis MO 63179-0046 |
| 24033189 | | ^ MEBN | Oct 01 2025 01:23:16 | Dignity Health, Attn Bankruptcy, 14141 Southwest Freeway, Suite 300, Sugar Land TX 77478-4630 |
| 24033190 | | ^ MEBN | Oct 01 2025 01:23:08 | EDD-California Employee Development, Attn Bankruptcy, PO Box 989151, West Sacramento CA 95798-9151 |
| 24033191 | | Email/Text: bankruptcycourts@equifax.com | Oct 01 2025 01:21:00 | Equifax, Attn Bankruptcy Dept, P O Box 740241, Atlanta GA 30374 |
| 24033192 | | ^ MEBN | Oct 01 2025 01:23:49 | Experian, Attn Bankruptcy Dept, P O Box 2002, Allen TX 75013-2002 |
| 24033193 | + | Email/Text: bankruptcy@golden1.com | Oct 01 2025 01:22:00 | Golden 1 Credit Union, Attn Bankruptcy, 8945 Cal Center Dr, Sacramento CA 95826-3239 |

| District/off: 0972-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: L53 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 24033194 | + | EDI: IRS.COM | Oct 01 2025 05:11:00 | Internal Revenue Service, Central Insolvency Section, PO Box 7346, Philadelphia PA 19101-7346 |
| 24033197 | | Email/Text: EBN@Mohela.com | Oct 01 2025 01:21:00 | Mohela, 633 Spirit Drive, Chesterfield MO 63005 |
| 24033196 | | Email/Text: EBN@Mohela.com | Oct 01 2025 01:21:00 | Mohela, Attn Bankruptcy, 633 Spirit Dr, Chesterfield MO 63005 |
| 24033198 | + | Email/Text: bnc@nordstrom.com | Oct 01 2025 01:21:29 | Nordstrom FSB, Attn Bankruptcy, Po Box 6555, Englewood CO 80155-6555 |
| 24033199 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2025 01:21:00 | Nr sms cal, 601 Office Center Dr, Fort Washington PA 19034-3275 |
| 24033200 | + | Email/PDF: ebnotices@pnmac.com | Oct 01 2025 01:30:34 | PennyMac Loan Services LLC, Attn Correspondence Unit, Po Box 514387, Los Angeles CA 90051-4387 |
| 24033201 | ^ | MEBN | Oct 01 2025 01:23:01 | SutterHealth Medical Foundation, PO Box 255228, Sacramento CA 95865-5228 |
| 24033202 | ^ | MEBN | Oct 01 2025 01:23:39 | Transunion, Attn Bankruptcy Dept, P O Box 1000, Crum Lynne PA 19022 |
| 24033203 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 01 2025 01:30:49 | Wells Fargo Bank NA, Attn Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 |
| 24033204 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 01 2025 01:30:34 | Wells Fargo Dealer Services, Attn Bankruptcy, 1100 Corporate Center Drive, Raleigh NC 27607-5066 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Notices Becket & Lee LLP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025     Signature:     /s/Gustava Winters

FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets (v.13.0 – 07/14/2022)　　　25–23916 – B – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

**Case Number:** 25–23916 – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Rosemary Ronnel Jamison
xxx–xx–3496

201 American River Canyon Drive
Folsom, CA 95630

**Deadline to File a Proof of Claim:**

Proof of Claim must be received by the Bankruptcy Clerk's Office by **12/29/25**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before 12/29/25 unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid. Any creditor who has already filed a Proof of Claim in this case need not file another.

To File a Proof of Claim:

- Creditors who do not have a CM/ECF login and password, may use the Electronic Proof of Claim Program on our website. A Proof of Claim form will be automatically created from the data you enter. Supplemental documentation to the claim may be attached; however, please do not attach any additional Proof of Claim forms. Instructions can be found on our website under "Information for Creditors."
- Creditors who have a CM/ECF login and password, should use CM/ECF to file a Proof of Claim in PDF format.
- Creditors who wish to print a Proof of Claim form and file it with the Clerk at the address shown above or through the mail, can find Official Form 410 Proof of Claim form at our website under "Information for Creditors" or may obtain it at any bankruptcy clerk's office. To receive an endorsed copy of your Proof of Claim when you file it with the Clerk at the address shown above, please provide the original Proof of Claim form and a photocopy. If you are filing your Proof of Claim form through the mail, enclose a photocopy along with your original Proof of Claim form and a stamped, self–addressed envelope.

There is no fee for filing a Proof of Claim.

Dated:　　　　　　　　　　　　For the Court,
9/30/25　　　　　　　　　　　　Scott Yach , Clerk