6
Gabriel P. Herrera, SBN 287093
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
1331 Garden Hwy Fl 2
Sacramento CA 95833
Tel.: (916) 321-4500
Email: gherrera@kmtg.com

Attorney for: Nikki B. Farris, Ch 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>ROSEMARY RONNEL JAMISON,<br><br>Debtor(s) | **Bankruptcy Case No.:** 25-23916<br>**Docket Control Number:** KMT-1<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date: N/A<br>Hearing Time:<br>Location:<br>Judge: |
|---|---|
| v.<br><br>Plaintiff(s)<br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

## CERTIFICATE OF SERVICE OF
### Notice of Entry of Order Granting Application to Employ
### Kronick Moskovitz Tiedemann & Girard Pursuant to an Hourly Fee Agreement

1

EDC Form 7-005, Rev. 6/3/2025

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☑ my business/employer is <u>Kronick Moskovitz, et al.</u> and my ☑ business address **or** ☐ mailing address if not a business is:

   <u>1331 Garden Hwy Fl 2, Sacramento CA 95833</u>.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as* applicable.)

   ☑ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

        ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. *(Check all that are applicable.)*

            ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

            ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

        ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

        ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

        ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

   ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

        ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 11 case** (*indicate below if subject to limited noticing*)

        ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

        ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 15 case**

   ☐ **Adversary Proceeding**

4. **About the Documents Served**

   On <u>October 6</u>, 20<u>25</u>, by the method(s) specified below, the following documents were served *(list in space provided):*

   Notice of Entry of Order Granting Application to Employ Kronick Moskovitz Tiedemann & Girard Pursuant to an Hourly Fee Agreement.

   **or** ☐ those documents described in the list appended hereto and numbered *Attachment 4.*

5. **Who is Being Served**

   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   ☑ Debtor(s)
   ☐ Plaintiff(s)
   ☐ Defendant(s)
   ☐ All committee members
   ☐ Equity security holders
   ☐ All creditors and parties in interest (Notice of Hearing only)
   ☐ Only creditors that have filed claims (Notice of Hearing only)
   ☑ All creditors and parties in interest

   ☐ Fewer than all creditors *(check at least one below)*
        ☐ Creditors that have filed claims
        ☐ Creditors holding allowed secured claims
        ☐ Creditors holding allowed priority unsecured claims
        ☐ Creditors holding leases or executory contracts that have been assumed
        ☐ 20 largest creditors
        ☐ Administrative claimants
        ☐ Other party(ies) in interest

**6.** **How Service is Accomplished**

A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

  1. ☐ **First Class Mail**
  Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A-1***.

  2. ☐ **Certified Mail**
  Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A-2***.

  3. ☐ **Publication**
  Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A-3***.

B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check as many as applicable.)*

  **Electronic Notice Recipients.** Attorneys and trustees that have appeared and parties who have requested notice per LBR 2018-1 are deemed to have received notice, Fed. R. Civ. P. 5, by filing the document with the Clerk of the Court, Fed. R. Bankr. 5005(a)(3)(A), 9036(b)(2),(c); LBR 9010-1, and separate notice is not required. Fed. R. Civ. P. 5(d)(1)(B), *incorp. by* Fed. R. Bankr. P. 7005, 9014(c).

  **Parties in Interest.** *(Check as many as are applicable, if any).* Parties in interest have been given notice in the following manner.

  1. ☑ **U.S. Mail**
  Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

    a. **Parties in interest**
      ☑ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B-1***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

      ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B-2***.

    b. ☐**Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B-3***.

  2. ☐ **Other Methods of Service**
  Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A), (B), (D), (F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B-4.***

☐I have used a third-party service company, i.e., _____, to assist me in effecting service. I have in my possession a signed certificate of service from that company and will produce that certificate of service on demand.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on <u>October 6</u>, 20<u>25</u>, at <u>Sacramento</u>       <u>CA</u>.
                                                                  City                       State

<u>Tina Corbett</u>                    _____/s/ signature_____
Print Name                             Signature

Attachment 6B-1

```
Label Matrix for local noticing          Bank of America                    CA Franchise Tax Board
0972-2                                   Attn Bankruptcy                    Attn Personal Bankruptcy
Case 25-23916                            4909 Savarese Circle               MS A340
Eastern District of California           Tampa FL 33634-2413                PO Box 2952
Sacramento                                                                  Sacramento CA 95812-2952
Mon Oct  6 09:38:55 PDT 2025

Capital One                              Cbna                               Charles Jamison
Attn Bankruptcy                          Attn Centralized Bankruptcy        6003 Kuvasz Court
P O Box 30285                            Pob 790034                         Citrus Heights CA 95621-0983
Salt Lake City UT 84130-0285             St Louis MO 63179-0034


Citibank                                 Dignity Health                     EDD-California Employee Development
Attn Bankruptcy Department               Attn Bankruptcy                    Attn Bankruptcy
P O Box 790046                           14141 Southwest Freeway            PO Box 989151
St Louis MO 63179-0046                   Suite 300                          West Sacramento CA 95798-9151
                                         Sugar Land TX 77478-4630


(p)EQUIFAX  INC                          Experian                           Nikki B. Farris
1550 Peachtree Street NE                 Attn Bankruptcy Dept               2607 Forest Ave #120
Atlanta, GA 30309                        P O Box 2002                       Chico, CA 95928-4594
                                         Allen TX 75013-2002


Golden 1 Credit Union                    Gabriel P Herrera                  Internal Revenue Service
Attn Bankruptcy                          1331 Garden Hwy, 2nd Floor         Central Insolvency Section
8945 Cal Center Dr                       Sacramento, CA 95833-9755          PO Box 7346
Sacramento CA 95826-3239                                                    Philadelphia PA 19101-7346


Charles Jamison                          Rosemary Ronnel Jamison            Mercy Medical Group
9580 Oak Ave Parkway, #7-184             201 American River Canyon Drive    Attn Bankruptcy Dept
Folsom, CA 95630-1888                    Folsom, CA 95630-1582              PO Box 748896
                                                                            Los Angeles CA 90074-8896


(p)MOHELA                                Nordstrom FSB                      Nr sms cal
CLAIMS DEPARTMENT                        Attn Bankruptcy                    601 Office Center Dr
633 SPIRIT DRIVE                         Po Box 6555                        Fort Washington PA 19034-3275
CHESTERFIELD MO 63005-1243               Englewood CO 80155-6555


Office of the U.S. Trustee               PennyMac Loan Services LLC         LeRoy Roberson
Robert T Matsui United States Courthouse Attn Correspondence Unit           PO Box 6013
501 I Street, Room 7-500                 Po Box 514387                      North Hollywood, CA 91603-6013
Sacramento, CA 95814-7304                Los Angeles CA 90051-4387


SutterHealth Medical Foundation          Transunion                         Wells Fargo Bank NA
PO Box 255228                            Attn Bankruptcy Dept               Attn Bankruptcy
Sacramento CA 95865-5228                 P O Box 1000                       1 Home Campus Mac X2303-01a 3rd Floor
                                         Crum Lynne PA 19022                Des Moines IA 50328-0001


Wells Fargo Dealer Services
Attn Bankruptcy
1100 Corporate Center Drive
Raleigh NC 27607-5066
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Equifax
Attn Bankruptcy Dept
P O Box 740241
Atlanta GA 30374

Mohela
633 Spirit Drive
Chesterfield MO 63005

(d)Mohela
Attn Bankruptcy
633 Spirit Dr
Chesterfield MO 63005

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Notices Becket & Lee LLP

End of Label Matrix
Mailable recipients    27
Bypassed recipients    1
Total    28