**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                ) Case No. 25-23916-B-7
                                      )
ROSEMARY RONNEL JAMISON,              )
                                      )
                                      )
            Debtor(s).                )
_____)

**ORDER DENYING MOTION TO DISMISS CASE**

The motion to dismiss this chapter 7 case filed by Charles Jamison on September 17, 2025, Docket 15, and set for hearing on December 2, 2025, at 11:00 a.m. by the order filed on September 17, 2025, Docket 16, is **DENIED WITHOUT PREJUDICE.**

Circumstances have changed since the motion was filed including, without limitation, the chapter 7 trustee's notice of assets of September 29, 2025, the chapter 7 trustee's notice of September 30, 2025, to creditors to file proofs of claim, and the chapter 7 trustee's ongoing investigation into the debtor, the debtor's financial affairs, and the debtor's assets. See Docket 43.

**IT IS SO ORDERED.**

**Dated:** November 13, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Le'Roy Roberson
PO Box 6013
North Hollywood CA 91603

Gabriel P Herrera
1331 Garden Hwy, 2nd Floor
Sacramento CA 95833

Charles Jamison
9580 Oak Ave Parkway, #7-184
Folsom CA 95630