3

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for NIKKI B. FARRIS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ROSEMARY RONNEL JAMISON,<br><br>        Debtor. | Case No. 25-23916<br>Chapter 7<br><br>DCN: KMT-3<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE** |

**TO: THE DEBTORS AND THEIR ATTORNEYS OF RECORD, CHAPTER 7 TRUSTEE, U.S. TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 3, 2025, the US Bankruptcy Court for the Eastern District of California, entered on the docket (Doc 51) an Order Granting Motion to Extend Deadline to Object to Discharge. A true and correct copy of said Order is attached hereto and incorporated by reference herein as **Exhibit 1**.

DATED: December 11, 2025          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                             A Professional Corporation

                                             By: _____
                                                      Gabriel P. Herrera
                                                      Attorneys for NIKKI B. FARRIS,
                                                      Chapter 7 Trustee

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 25-23916 - B - 7
Rosemary Ronnel Jamison,           ) Docket Control No. KMT-3
              Debtor.              ) Document No. 39
                                   ) Date: 12/02/2025
                                   ) Time: 11:00 AM
_____) Dept: B
```

**Order**

Default having been entered against any party entitled to oppose this motion and good cause appearing.

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is GRANTED, deadline extended to January 2, 2026. Resolved without oral argument.

**Dated:** December 03, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

[39] - Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor [KMT-3] Filed by Trustee Nikki B. Farris (ltrf)